RECEIVED
2007 SEP 28 P 2:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

MR. HARRY L McCALL )
)
)
Plaintiff(s), )
)   CIVIL ACTION NO.
v. )
W. G. CROSSWAITE )   2:07cv870-WKW
Bobby Bright )
Arthur Baylor )
Defendant(s). )

## COMPLAINT

1. Plaintiff(s)' address and telephone number: P.O. Box 251635 / 3325 Royal Creek Rd. Montgomery AL 36116 (334) 281-2319

2. Name and address of defendant(s): ① W. G. Crosswaite 320 N. Ripley Montgomery AL 36752 ② Arthur Baylor 320 N. Ripley Montgomery AL 36752 ③ Mayor Bobby Bright 103 N. Perry St Montgomery AL 36104

3. Place of alleged violation of civil rights: City of Montgomery Detention Facility

4. Date of alleged violation of civil rights: 17 Oct 2006

5. State the facts on which you base your allegation that your constitutional rights have been violated: Officer W. G. Crosswaite intentally enjoyed forceing plantiff while hand cuffed behind his back threw a steel door and a plexy glass wall in the booking area of the City Jailhouse on 17 Oct 2006. This incident was captured on film and had at least fifteen people eye witness (inmates + correction officers). Which cause serious and long term injury.

6. Relief requested: As STATed in Complaint $100,000.00 U.S. Currency And pAyment of all medical bills (To include Firing of OFFicer Crosswaite Imeadiately! $1.5 Million in Punitive damages

Date: 24 Sep 2007

Harry L. McCall
Harry L. McCall
Plaintiff(s) Signature

2

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 SEP 28 P 4:4[?]

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

HARRY L. McCALL, PLAINTIFF
     VS.
CITY OF MONTGOMERY, ALABAMA,
HONORABLE MAYOR Bobby Bright
CHIEF OF POLICE ARTHUR BAYLOR,
AND MPD POLICE OFFICER W.G.
CROSSWAITE,
            Defendants

CASE #
NOTICE OF
CLAIM

## NOTICE OF CLAIM

COMES HERE NOW, HARRY L. McCALL AND HEREBY GIVE NOTICE OF HIS CLAIM FOR Injuries AND Damages AGAINST THE CITY OF MONTGOMERY, ALABAMA, AND ITS EMPLOYEE, CERTAIN POLICE OFFICERS, PURSUANT TO THE LAWS OF THE STATE OF ALABAMA, SPECIFICALLY MUNICIPAL TORT LIABILITY, ALABAMA CODE 1975, SECTION 11-47-190.

## CLAIM

(1.) My name is HARRY L. McCALL. I am Over the age OF nineteen (19) years and I am a resident OF the City OF Montgomery, Alabama.

(2) The City of Montgomery is a Municipality and body politic, Incorporated, Organized and existing pursuant to the Laws of the State of Alabama.

(3) At all times certain police Officer(s) exhibited conduct and actions which Forms the underlying basis of this claim, and it's expected that he (they) acted within the line and scope of his (their) employment with the City of Montgomery.

(4) On or about 17 October, 2006, plaintiff, Harry L. McCall was arrested for a domestic violence claim. Officer W.G. Crosswaite and/or other officers handled plaintiff roughly using excessive and unnecessary force by pushing him into a steel door and a plexiglass wall on several occasions, causing injury to several parts of plaintiff's body, to the point that plaintiff had to seek and received medical attention upon his release from custody of the Montgomery Police Department.

(5) Officers further engaged in berating the plaintiff while using racial epitaphs when addressing plaintiff in an attempt to, insult, denigrate and/or otherwise humiliate plaintiff without provocation by plaintiff.

(6) Actions by the City of Montgomery, and the police officers were negligent, unprofessional, intentional, and reckless and wanton as well as being tortuous without regard to the personal welfare or health of plantiff while in police custody.

(7) The actions on the part of the police officers are a violation of the laws of the State of Alabama and the United States of America for which the City of Montgomery is liable pursant to Ala. Code 1975 11-47-190, Municipal Tort Liability.

(8) As a direct and proximate result of the actions of the City of Montgomery and its agents, servants, representatives, and employees, specifically the police offers, plaintiff have suffered injuries and damages.

(9) Plaintiff have suffered said injuries and damages as a direct and proximate result of the negligent, careless, unprofessional, and reckless and wanton and tortous actions of said employee, agents, servants, and/or representatives of the City of Montgomery, while he (they) were engaging in the performance of their duties as police officers duly sworn and

employed by the City of Montgomery to serve and protect its Citizens not brutalize or maim them.

Wherefore, premises considered, plantiff hereby gives statutory notice of claim against the City of Montgomery and demand compensation for pain and suffering due to injuries and damages sustained at the hands of the Mongomery Police Officers pursant to Alabama Code 1973, Section 11-47-190 Municipal Tort Liability in the amount of One Hundred Thousand US Dollars ($100,000.00) Moreover, plantiff is asking for punitive damages in the amount of One and a half Million US Dollars ($1000,500,000.00). Be it known, plantiff request a jury of a (3) Three Judge panel to govern this Style-Cause.

Further, plantiff pleads with this UNITED STATES DISTRICT COURT BY AND FOR THE MIDDLE DISTRICT OF ALABAMA TO Set THIS CIVIL ACTION After SERVICE OF SUMMONS UPON DEFENDANTS FOR HEARING ENBAC AGAINST THE CITY OF MONTGOMERY AND ITS REPRESENTATIVES, Supervisors AND OFFICERS OR AGENTS ACCORding TO Federal Rule 28 USC + 1331.

DATED this 28 day OF September, 2007

Harry L. McCall

P.O. BOX 251635
Montgomery AL 36125
HARRY L. McCALL ESQ.
Pro Se LITIGANT
(334) 281-2319
(334) 676-9815

VERIFIED STATEMENT OF CLAIM

Before Me, the UnderSigned Notary Public, FOR the STATE OF Alabama, Personally appeared HARRY L. McCALL, Claimant, to the Above Style Cause and upon doing being duly SWORN by Me this 28 day OF September 2007 and STATES under Oath that the allegations set forth above is True and Correct.

WITNESS My HAND And OFFicial SEAL:

Christinell Andrea H Trammell
Notary Public

1/25/2011
My Commission Expires