AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Harry L McCall

v.

City OF Montgomery
Bobby Bright
Arthur Baylor
W. G. Crosswaite

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV 870-WKW

TO: (Name and address of Defendant)

Officer W. G. Crosswaite
320 N. Ripley
Montgomery AL 36752

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Harry L. McCall Esq.
P.O. Box 251635
3325 Royal Creek Rd
Montgomery AL 36116

an answer to the complaint which is served on you with this summons, within __20__ HLM days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10-3-07

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Harry L. McCall

V.

City of Montgomery
Bobby Bright
Arthur Baylor
W. G. Crosswaite

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV870-WKW

TO: (Name and address of Defendant)

Mayor Bobby Bright
103 N. Perry St.
Montgomery AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Harry L. McCall
P.O. Box 251635
3325 Royal Creek Rd
Montgomery AL 36116

an answer to the complaint which is served on you with this summons, within __120__ HLM days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    10-3-07
CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Harry L. McCall

v.

City of Montgomery
Bobby Bright
Arthur Baylor
W. G. Crosswaite

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07cv870-WKW

TO: (Name and address of Defendant)

Chief of Police
Arthur Baylor
320 N. Ripley
Montgomery AL 36752

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mr. Harry L. McCall
P.O. Box 251635
3325 Royal Creek Rd.
Montgomery AL 36116

an answer to the complaint which is served on you with this summons, within __HLM 20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                             10-3-07

CLERK                                        DATE

(By) DEPUTY CLERK