IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY McCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07cv870-WKW |
| ) | |
| W.G. CROSSWAITE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

For good cause, it is

ORDERED that a scheduling conference be and is hereby set for December 17, 2007, at 9:30 a.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 13th day of November, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE