IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

HARRY L. McCall,   )
Plaintiff,          )
                    )  2007 DEC -7 P 2: 13
v.                  )
                    )  CASE NO. 2:07-CV-00870-WKW
W. G. Crosswaite et al )
                    )
Defendants,         )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Harry L. McCall, a plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity            Relationship to Party

_____              _____
_____              _____
_____              _____

7 DEC 07                     Harry L McCall
Date                         (Signature)

                             Pro Se
                             (Counsel's Name)

                             Harry L McCall
                             Counsel for (print names of all parties)
                             3325 Royal Creek Rd
                             Montgomery AL 36116
                             Address, City, State Zip Code
                             (334) 281-2319 / 334 676 9815
                             Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __HARRY LARMONT McCall__ do hereby Certify that a true and correct copy of the foregoing has been furnished by ____pro se____ (manner of service, i.e., (U.S. Mail,) electronic mail, etc.) on this __7__ day of __Dec__ 20__07__ to:

Allison Hale Highley
City of Montgomery
P.O. Box 1111
Montgomery AL 36101-1111
(334) 241-2050

__7 Dec 07__
Date

__Harry L. McCall__
Signature