RECEIVED
2007 DEC 12  P 1:07
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HARRY L. McCALL
   Plantiff
   vs
W. G. CROSSWAITE, et al,
   Defendant

MOTION FOR
Jury Trial

Civ. Action NO. 2:07cv870-WKW-CSC

Comes now, in due form govern by rule 7b of Federal Rules of Civil Procedure. I Harry L. McCall do formally hereby request as right of Plantiff to have the accomadation of a Jury to assatain the relief of Judgement in this style cause - Civ Action No. 2:07CV870WKW-CSC

Date this 12 day of December 2007.
Harry L. McCall

Harry L. McCall Esq.
Pro Se Litigant
P. O. Box 251635
Montgomery AL 36125
(334) 281-2319
(334) 676-9813

## Verified Statement of Claim

Before me, the undersigned Notary Public, for the State of Alabama, personally appeared Harry L. McCall, Claimant, to the above style cause and upon doing, being duly sworn by me this 12th day of December 2007 and states under oath that the allegations set forth above is true and correct.

Witness my hand and official seal:

_[signature]_
Notary Public

1/25/2011
My Commission Expires

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __HARRY L. McCaLL__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Self__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __12__ day of __Dec__ 20__07__ to:

        **Allison Hale Highley**
        **City of Montgomery**
        **Post Office Box 1111**
        **Montgomery, AL 36101-1111**

__12 Dec 07__            __Harry L. McCall__
Date                                                Signature