IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY L. McCALL, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) | |
| W.G. CROSSWAITE, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

On December 12, 2007, the plaintiff filed a motion styled as a "motion for jury trial," in which he "requests . . . to have the accommodation of a jury." (Doc. No. 14.) Upon consideration of the motion, it is

ORDERED that, to the extent the plaintiff moves for leave to file a notice of a jury trial request, his motion be and is hereby GRANTED.

Done this 17th day of December, 2007.

                                                    /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE