**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HARRY L. McCALL**, )<br>        Plaintiff, )<br> )<br>v. ) Case No.: **2:07-CV-870-WKW**<br> )<br>**BOBBY BRIGHT**, **ARTHUR BAYLOR**, )<br>and **H. G. CROSTHWAIT**, )<br>        Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW Defendants Bobby Bright, Arthur Baylor and H. G. Crosthwait, defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Bobby Bright, Arthur Baylor and H. G. Crosthwait are individuals. Defendant Bobby Bright is Trustee of the Bright Children Trust. Otherwise, there are no reportable entities for these parties.

Respectfully submitted this 27th day of December, 2007.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Counsel for Defendants Bobby Bright,
Arthur Baylor and H. G. Crosthwait

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2007, I sent a true and correct copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to:

> Harry L. McCall
> Post Office Box 251635
> 3325 Royal Creek Road
> Montgomery, AL 36116

>> /s/ Allison H. Highley
>> Of Counsel