IN THE UNITED STATES DISTRICT
COURT

FOR THE MIDDLE DISTRICT
OF ALABAMA

RECEIVED

2008 FEB 25 A 9:31

NORTHERN DIVISION

HARRY L. McCALL
plaintiff,

V.S.
H.G. CROSTHWAIT, et al,
Defendants

Case No.:
a:07-CV-870-
WKW-CSC

INTERROGATORIES PROPOUNDED

COMES now, intermezzo plaintiff,
HARRY L. McCALL. IN pursuant to
this Court's Scheduling Order (Doc.17),
which ordered that all requests for
discovery be filed with the court,
and notice to the Court that plaintiff
have propounded discovery request
upon Defendants, a copy of which
is attached hereto as an exhibit.

Respectfully submitted accordingly
this 25th day of February, 2008.

Harry L. McCall
Harry L. McCall
Pro Se Litigant

HARRY L. McCALL ESQ.
Pro Se LITIGANT
P.O. Box 251635
MONTGOMERY, AL 36125

(334) 281-2319

(334) 676-9815

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
_NORTHERN_ **DIVISION**

**CERTIFICATE OF SERVICE**

I, _HARRY L. McCALL_, do hereby Certify that a true and correct copy of the foregoing has been furnished by _Pro Se_ (manner of service, i.e. (U.S. Mail,) electronic mail, etc.) on this _25_ day of _February_, 2008 to:

_Allison Hale Highley Esq._
_City Of Montgomery_
_Post Office Box 1111_
_Montgomery, AL 36101-1111_

_February 25, 2008_              _Harry L. McCall Esq._
Date                             Signature

montgomeryadvertiser.com

Sunday, February 10, 200

ADVERTISEMENT

# Do You Suffer from AGONIZING SPINAL DISC FAILURE?
# Back Pain? Numbness? Tingling

### SLIPPED DISC?

Believe it or not, there is no such thing as a slipped disc, though most people use the expression when referring to spinal disc problems. Even doctors occasionally refer to agonizing disc failure as slipped disc, blown disc, and the like.

The correct scientific term is herniated nucleus pulposus. But patients prefer to say slipped disc, so why not?

In order to understand what happens in so-called slipped disc conditions, let's take a look at what a spinal disc is.

### SPINAL DISCS

The bones of the spine (vertebrae) are separated and cushioned from one another by highly-specialized tissues called discs, shaped something like rubber washers and averaging about one-half inch thick.

### HEALTHY DISCS ARE VITAL

The importance of discs to one's well being can hardly be exaggerated. They keep vertebrae from grinding on one another and at the same time help form notches between vertebrae so that spinal nerves can exit, fan out, and serve all areas, organs, and parts of the body with vital nerve energy. Also, spinal tension caused by the rubbery discs helps keep the spinal ligaments taut and thus stabilizes as it protects the delicate spinal cord.

The disc's structure----a tough outer wall encasing a rubbery, spongy core----allows them to compress repeatedly while recovering their shape instantly (like a sponge) as they help the spine absorb the

### THERAPY™ at Sturbridge Chiropractic.

We use a comprehensive approach to treating back pain as an altern surgery. It's called Spine Reconditioning System or SRS Therapy™. Th of SRS Therapy™ is to combine modern and traditional technologies pain treatment into one comprehensive back therapy system. This us to treat the underlying causes of back pain…not just the sym This is a proven alternative to other therapies and surgery. Studie up to a 75% success rate in the relief of pain. The first step is de to repair the damage to the spinal disc without invasive, risky s The second step is designed to strengthen and stabilize the m and joints surrounding the spine. SRS Therapy™ is performec series of treatments. Treatment typically includes disc decomp therapy, spinal manipulation and adjunctive therapies. Patients fully clothed while these relaxing procedures are performed. it is not uncommon for patients to fall asleep during treatme

### What do our patients have to say?

"From the time I walk in the door until the time I leave I feel that I the only person that's being treated at Sturbridge". "I felt that wa more natural way to take care of my pain". "The therapy is wonder

ADVERTISEMENT

# Do You Suffer from AG
# SPINAL DISC FAILU
# Back Pain? Numbness?

## SLIPPED DISC?

Believe it or not, there is no such thing as a slipped disc, though most people use the expression when referring to spinal disc problems. Even doctors occasionally refer to agonizing disc failure as slipped disc, blown disc, and the like.

The correct scientific term is herniated nucleus pulposus. But patients prefer to say slipped disc, so why not?

In order to understand what happens in so-called slipped disc conditions, let's take a look at what a spinal disc is.

## SPINAL DISCS

The bones of the spine (vertebrae) are separated and cushioned from one another by highly-specialized tissues called discs, shaped something like rubber washers and averaging about one-half inch thick.

## HEALTHY DISCS ARE VITAL

The importance of discs to one's well being can hardly be exaggerated. They keep vertebrae from grinding on one another and at the same time help form notches between vertebrae so that spinal nerves can exit, fan out, and serve all areas, organs, and parts of the body with vital nerve energy. Also, spinal tension caused by the rubbery discs helps keep the spinal ligaments taut and thus stabilizes as it protects the delicate spinal cord.

The disc's structure----a tough outer wall encasing a rubbery, spongy core---allows them to compress repeatedly while recovering their shape instantly (like a sponge) as they help the spine absorb the shocks, knocks, bumps, twists, and bends encountered in everyday living.

## HERE COMES THE PAIN

Normally, discs perform their duties perfectly for a lifetime, but sometimes they herniate (protrude) and thereby press, pinch, irritate, or otherwise compromise adjacent spinal nerves. This often causes great pain, sometimes so intense it disables its victim.

## MAJOR CAUSES OF A "SLIPPED" DISC

Some disc protrusions are caused by injury to the spine. Some result by occupational or recreational stresses over a long time. Even repeated sitting or standing in a stressful way can bring on disc problems.

Then there are disc problems which develop slowly through disc degeneration and thinning, a process so gradual over the years it goes unnoticed until pain and other symptoms demand attention.

## ANNOUNCING the Spine Reconditioning System or SRS

## THERAPY™ at Sturbrid

We use a comprehensive appr
surgery. It's called Spine Recor
of SRS Therapy™ is to combir
pain treatment into one comp
us to treat the underlying c
This is a proven alternative
up to a 75% success rate
to repair the damage to t

The second step is desig
and joints surrounding t
series of treatments. Tre
therapy, spinal manipula
fully clothed while thes
it is not uncommon for

### What do our patients

"From the time I walk in th
the only person that's bei
more natural way to take c
and I must say the staff is

"A surgeon told me that I ha
so bad you could hardly s
"Well I came over here and
third trip here I got off of m
I did and I don't have the
real nice to me". –Earl K.

"After my car accident be
back pain and I was refe
ance company". "So I look
came on over to Sturbridge
third treatment I could fe
little better, I could move c
when you come in the roo
and receive plentiful smil

"I've had 2 back surgeries

avulsion fracture involving the fibular aspect of the posterior talus
adjacent to the lateral subtalar joint (image number of 59/76). Minimal
osteoarthritis of subtalar joint is also seen with narrowing of the joint
and periarticular subcortical sclerotic changes. There are also
osteoarthritis of the talofibular joint with small posterior periarticular
spurs. There are a few small ossification, measuring approximately 0.50
cm at the medial aspect of the talotibial joint which may represent a
small avulsion fracture of the tip of the medial malleolus (image number
58-76). Two nonspecific 0.76 and 0.81 cm ossifications are also seen a
left medial inferior spurring of the talus (image number 69-70/76).
There is a cortical irregularity of the posterior calcaneus which may
suggest retro calcaneal spurs.


On the axial section, there is an irregularity or a small spur of the
anterior periarticular bone of the distal tibia (image number 51/60).
There is a small fragmented spur of the tip of the fibular measuring 0.36
cm (image number 38/60). There is a minimal osteoarthritis with small
periarticular lateral spur of the navicular bone (image number 27/60).

Enter 'Top' or 'Continue':    Continue//

There are mild osteoarthritis of the intertarsal joints and the 3rd and 4th cuneiform metatarsal joints.   Small ossifications surrounding the medial aspect of the talotibial joint are seen measuring 0.8 cm anteriorly, 0.79 cm at the mid and 0.78 cm at the posteriorly respectively (image # 46/60) periarticular bones of the medial talus bone.

Impression:
A minimal osteoarthritis of the subtalar joint with a suspicious small avulsion of the postero lateral cortex of the talus.   Minimal to mild osteoarthritis.   Many small ossifications noted at the anterior and medial aspect of the talotibial joint region (image number 46/60)

Primary Diagnostic Code:
ABNORMALITY, ATTN. NEEDED


Enter 'Top' or 'Continue':   Continue//

```
MCCALL,HARRY LARMONT (███████████)      Case No.        : 073107-1027 @16:11
FOOT 3 OR MORE VIEWS                     Transcriptionist: TERRELL,ERNEST B
Req. Phys : TAYLOR,BURNESTINE P          Pre-verified    : NO
Staff Phys: TERRELL,ERNEST  (P)
Residents :
===============================================================================
     FOOT 3 OR MORE VIEWS                        (RAD  Detailed) CPT:73630
     Proc Modifiers : WEIGHT-BEARING
     Reason for Study: See Clinical History:

  Clinical History:
  bilateral foot pain ,,,,,,chronic and worsening.....

  Report:                             Status: VERIFIED
  Bilateral views of the feet: Bilateral hallux valgus deformity with bunion
  formation.   No evidence of fracture dislocation.   Consult is recommended
  with podiatry.


  Enter 'Top' or 'Continue':   Continue//
```

  Impression:
Bilateral hallux valgus deformity with bunion formation.    Consult is
recommended with podiatry.

 Primary Diagnostic Code:
MINOR ABNORMALITY


Enter 'Top' or 'Continue':    Continue//

# NEUROLOGY CONSULTANTS OF MONTGOMERY, P.C.
## HISTORY AND PHYSICAL

11-15-2006
HARRY MCCALL
DOB:  09-10-1963

**CC:**    Neck pain, headaches, low back pain, numbness in the legs, pain in the legs, and numbness in the hands.

**HPI:**    Patient is a 43-yo African-American male who is referred by Dr. Sanchez for evaluation. He states that he was slammed against a wall while being arrested for domestic violence. He states he injured his neck and his neck was bent when he was slammed to the wall. He complains of neck pain, headaches, thoracic pain, low back pain, pain down his legs, and numbness of his hands. He states he had no symptoms prior to this. Lortab 10 is the only thing that gives him relief. He denies any previous history of neck pain, back pain, numbness, weakness, etc.

**ALLERGIES:** None.

**SOCIAL HISTORY:** The patient does not smoke or drink.

**PAST HISTORY:** Significant for tension headaches.

**PAST SURGICAL HISTORY:** None.

**REVIEW OF SYSTEMS:** The patient does complain of back pain, neck pain, numbness, weakness, dizziness, vertigo, difficulty sleeping, decreased vision, double vision, tinnitus, difficulty sleeping because of after injury.

**FAMILY HISTORY:** Mother with diabetes.

**PHYSICAL EXAMINATION:**
VITALS:       B/P: 122/78   PULSE: 80
HEENT:        PERRL.  EOMI.  Discs sharp. No papilledema.  Neck supple.
NEURO:        Alert and oriented x4. Recent and remote memory intact. Normal attention span
              and concentration.  Language intact to naming, fluency, comprehension, writing,
              reading, and repetition. Good fund of knowledge.
              CII – VF intact.
              CIII, IV, VI – EOMI.
              CV – Good masseter. Good facial sensation.
              CVII – No facial asymmetry.  Normal motor function muscles of facial expression.
              CVIII – Hearing intact.
              CIX, X – Uvula midline. Palate moves symmetrically.
              CXI – Good SCM. Good T.
              CXII – Tongue midline.
MOTOR:

|    | Deltoid | Biceps | Triceps | Grip | Psoas | Quads | Hams | Anter.Tib. | Gastroc. |
|----|---------|--------|---------|------|-------|-------|------|------------|----------|
| R: | 5       | 5      | 5       | 5    | 5     | 5     | 5    | 5          | 5        |
| L: | 5       | 5      | 5       | 5    | 5     | 5     | 5    | 5          |          |

Normal bulk and tone of all muscles.

P. Caudill Miller, M.D.   Ben C. Wouters, M.D., Ph.D.   Larry W. Epperson, M.D.
1722 Pine Street Suite 700  Montgomery Alabama  36106
Phone (334) 834-1300   Fax (334) 834-8347

```
MCCALL,HARRY LARMONT   ████████        DOB-████████        M
Exm Date: JUL 31, 2007@16:11
Req Phys: TAYLOR,BURNESTINE P           Pat Loc: M-DR TAYLOR - GREEN TEAM WC (R
                                        Img Loc: M-XRAY
                                        Service: Unknown
```

(Case 1027 COMPLETE) FOOT 3 OR MORE VIEWS            (RAD   Detailed) CPT:73630
     Proc Modifiers : WEIGHT-BEARING

     Clinical History:
        bilateral foot pain ,.,,,,chronic and worsening.....

     Report Status: Verified              Date Reported: AUG 01, 2007
                                          Date Verified: AUG 01, 2007
     Verifier E-Sig:/ES/ERNEST B. TERRELL,M.D.

     Report:
        Bilateral views of the feet: Bilateral hallux valgus deformity
        with bunion formation.   No evidence of fracture dislocation.
        Consult is recommended with podiatry.




     Impression:
        Bilateral hallux valgus deformity with bunion formation.
        Consult is recommended with podiatry.

     Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
   ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)
/EBT


** END REPORT Dec 19, 2007 11:39:43 am **

MCCALL,HARRY LARMONT                    DOB-           M
Exm Date: JAN 07, 2004@09:44
Req Phys: MOBARAK,REZA                      Pat Loc: ZZM-POD-WED-AM-GENERAL-N/R (Re
                                           Img Loc: M-XRAY
                                           Service: Unknown


(Case 2853 COMPLETE) FOOT 3 OR MORE VIEWS          (RAD  Detailed) CPT:73630
     Proc Modifiers : BILATERAL EXAM, STANDING

     Clinical History:
       painful bunions to b/l feet. right worse than left. eval for bony
       deformity.

     Report Status: Verified              Date Reported: JAN 07, 2004
                                          Date Verified: JAN 07, 2004
     Verifier E-Sig:/ES/ERNEST B. TERRELL,M.D.

     Report:
       DATE OF REPORT:  01/07/04

       FINDINGS:  Dated 01/07/04 - Early hallux valgus deformity
       bilaterally without bunion formation, otherwise normal views of
       the feet.

       #MT#040107-TA05521#TAR0107C.154#2853

     Impression:
       EARLY BILATERAL HALLUX VALGUS DEFORMITY, OTHERWISE NORMAL VIEWS
       OF THE FEET.

       JOB05521 MT154/BM

       #MT#040107-TA05521#TAR0107C.154#2853

     Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
   ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)
/SJP


** END REPORT Dec 19, 2007 11:39:55 am **

MCCALL,HARRY LARMONT ████████ DOB-██████████ M
Exm Date: JAN 07, 2004@09:44
Req Phys: MOBARAK,REZA

Pat Loc: ZZM-POD-WED-AM-GENERAL-N/R (Re
Img Loc: M-XRAY
Service: Unknown

(Case 2853 COMPLETE) FOOT 3 OR MORE VIEWS          (RAD   Detailed) CPT:73630
      Proc Modifiers : BILATERAL EXAM, STANDING

    Clinical History:
      painful bunions to b/l feet. right worse than left. eval for bony
      deformity.

    Report Status: Verified          Date Reported: JAN 07, 2004
                                      Date Verified: JAN 07, 2004
    Verifier E-Sig:/ES/ERNEST B. TERRELL,M.D.

    Report:
      DATE OF REPORT: 01/07/04

      FINDINGS:  Dated 01/07/04 - Early hallux valgus deformity
      bilaterally without bunion formation, otherwise normal views of
      the feet.

      #MT#040107-TA05521#TAR0107C.154#2853

    Impression:
      EARLY BILATERAL HALLUX VALGUS DEFORMITY, OTHERWISE NORMAL VIEWS
      OF THE FEET.

      JOB05521 MT154/BM

      #MT#040107-TA05521#TAR0107C.154#2853

    Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
  ERNEST B. TERRELL,M.D., DIAGNOSTIC RADIOLOGIST (Verifier)
/SJP

** END REPORT Dec 19, 2007 11:40:03 am **

CCALL,HARRY LARMONT          ████████     DOB-████████     M
xm Date: DEC 31, 2003@09:35
eq Phys: SIMMONS,EARL M JR                 Pat Loc: ZZM-C&P DR SIMMONS (Req'g Loc)
                                           Img Loc: M-XRAY
                                           Service: Unknown


Case 2918 COMPLETE) FOOT 2 VIEWS                    (RAD  Detailed) CPT:73620
      Proc Modifiers : BILATERAL EXAM

   Clinical History:
      pt. has had frostbite in the feet and has some limitation of
      motion and has hallus valgus possibly

   Report Status: Verified              Date Reported: DEC 31, 2003
                                        Date Verified: DEC 31, 2003
   Verifier E-Sig:/ES/VICHAI CHAICHARNCHEEP

   Report:
      DATE OF REPORT:  12/31/03

      FINDINGS:  Examination of the right foot was compared to previous
      study dated 11/12/03.

      There is further healing of the fracture of the distal shaft of
      the fifth metatarsal bone with excellent bony union and
      alignment.  There is a moderate callous formation along the
      fracture site.  Hallux valgus deformity is again noted.

      Examination of the left foot reveals the presence similar hallux
      valgus deformity.  No other bone or joint abnormality is seen.

      #MT#031231-MA04919#MAR1231B.154#2918

   Impression:
      BILATERAL HALLUX VALGUS DEFORMITY AND HEALING FRACTURE OF THE
      RIGHT FIFTH METATARSAL BONE AS DESCRIBED.

      JOB04919 MT154/BM

      #MT#031231-MA04919#MAR1231B.154#2918

      Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
   VICHAI CHAICHARNCHEEP, STAFF RADIOLOGIST (Verifier)
/SJP


** END REPORT Dec 19, 2007 11:40:11 am **

CCALL, HARRY LARMONT ▇▇▇▇▇▇▇    DOB-▇▇▇▇▇▇▇▇    M
xm Date: DEC 31, 2003@09:35
eq Phys: SIMMONS, EARL M JR                Pat Loc: ZZM-C&P DR SIMMONS (Req'g Loc)
                                           Img Loc: M-XRAY
                                           Service: Unknown


Case 2918 COMPLETE) FOOT 2 VIEWS                    (RAD  Detailed) CPT:73620
     Proc Modifiers : BILATERAL EXAM

     Clinical History:
       pt. has had frostbite in the feet and has some limitation of
       motion and has hallus valgus possibly

     Report Status: Verified                Date Reported: DEC 31, 2003
                                            Date Verified: DEC 31, 2003
     Verifier E-Sig:/ES/VICHAI CHAICHARNCHEEP

     Report:
        DATE OF REPORT:  12/31/03

        FINDINGS:  Examination of the right foot was compared to previous
        study dated 11/12/03.

        There is further healing of the fracture of the distal shaft of
        the fifth metatarsal bone with excellent bony union and
        alignment.  There is a moderate callous formation along the
        fracture site.  Hallux valgus deformity is again noted.

        Examination of the left foot reveals the presence similar hallux
        valgus deformity.  No other bone or joint abnormality is seen.

        #MT#031231-MA04919#MAR1231B.154#2918

     Impression:
        BILATERAL HALLUX VALGUS DEFORMITY AND HEALING FRACTURE OF THE
        RIGHT FIFTH METATARSAL BONE AS DESCRIBED.

        JOB04919 MT154/BM

        #MT#031231-MA04919#MAR1231B.154#2918

     Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
   VICHAI CHAICHARNCHEEP, STAFF RADIOLOGIST (Verifier)
/SJP

* END REPORT Dec 19, 2007 11:40:18 am **

MCCALL,HARRY LARMONT                    DOB-            M
Exm Date: DEC 31, 2003@09:35
Req Phys: SIMMONS,EARL M JR              Pat Loc: ZZM-C&P DR SIMMONS (Req'g Loc)
                                        Img Loc: M-XRAY
                                        Service: Unknown


(Case 2916 COMPLETE) ANKLE 2 VIEWS              (RAD  Detailed) CPT:73600
      Proc Modifiers : BILATERAL EXAM

    Clinical History:
      pt. has had frostbite in the feet and has some limitation of
      motion and has hallus valgus possibly and ankle pain

    Report Status: Verified           Date Reported: DEC 31, 2003
                                      Date Verified: DEC 31, 2003
    Verifier E-Sig:/ES/VICHAI CHAICHARNCHEEP

    Report:
      DATE OF REPORT:  12/31/03

      FINDINGS:  Examination of the right and left ankles reveal no
      osseous, articular or soft tissue abnormality.

      #MT#031231-MA04920#MAR1231B.154#2916

    Impression:
      NO ABNORMALITY IS APPRECIATED.

      JOB04920 MT154/BM

      #MT#031231-MA04920#MAR1231B.154#2916

    Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
  VICHAI CHAICHARNCHEEP, STAFF RADIOLOGIST (Verifier)
/SJP

** END REPORT Dec 19, 2007 11:40:24 am **

(Case 1891 COMPLETE) FOOT 2 VIEWS                        (RAD  Detailed) CPT:73620
      Proc Modifiers : RIGHT

   Clinical History:
      PAIN RIGHT FOOT 5TH DIGIT R/T PREVIOUS FX ON 10/9/03.

   Report Status: Verified                   Date Reported: NOV 12, 2003
                                             Date Verified: NOV 12, 2003
   Verifier E-Sig:/ES/Virasak Choikiatikul, M.D.

   Report:
      DATE OF REPORT:  11/12/03

      FINDINGS:  Dated 11/12/03 - There is an oblique fracture line
      seen at the distal shaft of the fifth metatarsal bone of the
      right foot associated with small amount of adjacent callous
      formation suggestive of a minimal displaced subacute oblique
      fracture.  Mild adjacent soft tissue swelling is also seen.  Dr.
      Boyd was reported to.  There is a mild to moderate hallux valgus
      deformity.  Flexion deformities of mild degree are seen at the
      DIP joints of the third to fifth toes.

      #MT#031112-MA02466#MAR1112B.154#1891

   Impression:
      A MINIMALLY DISPLACED OBLIQUE FRACTURE OF THE DISTAL SHAFT OF THE
      FIFTH METATARSAL BONE OF THE RIGHT FOOT WITH MINIMAL CALLOUS
      FORMATION.

      JOB02466 MT154/BM

      #MT#031112-MA02466#MAR1112B.154#1891

   Primary Diagnostic Code: ABNORMALITY, ATTN. NEEDED
   Secondary Diagnostic Codes:
      ABNORMALITY-PHYS. NOTIFIED

Primary Interpreting Staff:
   Virasak Choikiatikul, M.D, Staff Radiologist (Verifier)
/SJP

** END REPORT Dec 19, 2007 11:40:31 am **

## INITIAL PATIENT DATA

| DATE | | ARRIVED BY | | VALUES | | | DPT CURRENT | | LMP |
|---|---|---|---|---|---|---|---|---|---|
| | | ☑ AMBULATORY / AMBULANCE | ☐ WHEELCHAIR / CARRIED | VALUABLES | ☐ WITH PATIENT | ☐ SEE FLOW SHEET | ☐ YES ☐ NO | | |

TIME: 0430  INITIAL VITAL SIGNS  TEMP: 98.0  ☑ ORAL ☐ RECTAL  PULSE: 99  RESP: 78  B/P: 142/09  SaO2: 98%  WEIGHT: 160

AGE: 43  ALLERGIES: NKDA

HOME MEDICATIONS: None

LATEX ALLERGY ☐ YES ☐ NO

INITIAL PAIN LEVEL (SCALE 0-10): 10/10
Started: ___ hrs / days ago. Relieve by: nothing ☑ PTA:
Character/Quality: sharp / dull/ache
stabbing/burning/pressure/other

## TRIAGE ASSESSMENT

☐ N/A  CHIEF COMPLAINT: pt reports being pushed into wall @ City Jail
c/o pain @ shoulder / upper foredan, elbow, also reports city jail

TRIAGE CATEGORY: ☐ RED  ☐ YELLOW  ☑ GREEN

LEARNING BARRIERS:
Hearing/visually impaired
Unable to read/speak
Infant
does not speak/understand English
How do you prefer to learn:
Written/Verbal
None

PERSONAL MD: city jail   MD ON CALL:   NOTIFIED AT:   REFERRED TO:   ☐ MPD NOTIFIED   TRIAGE NURSE: [signature]

TO BAY: ___ TIME: ___   PHYSICIAN ASSESSMENT TIME: ___

## ASSESSMENT / HISTORY BY NURSE

(R) side of face went into wall
no LOC reported
0430 - agitated
c triage assessment

COPIED Scanned

☐ SEE NURSING FLOW SHEET

| REPEAT VITAL SIGNS | TIME: | TEMP | PULSE | RESP | B/P | SaO2 | PAIN LEVEL: (SCALE 0-10) |
|---|---|---|---|---|---|---|---|

| MEDICATIONS / PROCEDURES | TIME | INITIALS | RESPONSE | PAIN SCORE | MEDICATIONS / PROCEDURES | TIME | INITIALS | RESPONSE | PAIN SCORE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Response Codes: (A.) NA   (B.) At Discharge   (C.) Response with Pain Score   (D.) No Response

## ALLIED DEPARTMENT ORDERS

XRAYS (R) shoulder   CT   (R) elbow

RESP   US

☐ CBC  ☐ PT  ☐ CARDIAC PROFILE  ☐ EKG
☐ DX  ☐ PTT  ☐ TRAUMA PROFILE  ☐ ABG
☐ CHEM7  ☐ MG  ☐ TYPE & SCREEN
☐ AMYLASE  ☐ CK  ☐ TYPE & CROSS ___ UNITS
☐ LIPASE  ☐ UA  ☐ OTHER LABS ___
☐ ETOH  ☐ UCG
☐ CF  ☐ UDS

☐ ISTAT
☐ ISTAT EX
☐ ISTAT WBC

| T | P | B/P | SaO2 | PAIN LEVEL (SCALE 0-10) | TRANSFER | HOME | ADMITTED | EXPIRED | AMA | DATE | TIME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ✓ | | | | 1/?/06 | 0610 |

SIGNATURE OF NURSE: [signature]
SIGNATURE:
SIGNATURE:

☑ SEE AFTERCARE INSTRUCTIONS
CONDITION ON DISCHARGE: Good
CERTIFIED MEDICAL EMERGENCY ☑ YES ☐ NO

SIGNATURE OF PHYSICIAN: [signature]
SIGNATURE OF PHYSICIAN: [signature]
SIGNATURE OF NP:

SEQ. NO. 200 (Rev. 10-02)
Emergency Department Record   Medical Record #



**ORIGINAL**

2. _____
3. _____

**Treatment Rendered:**

☐ X-Ray   ☐ EKG   ☐ Medication   ☐ Tetanus

☐ Sutured   ☐ Lab Test   ☐ Exam   ☐ Hypertet

☐ You were given a medication which may make you sleepy
  or less alert. You should not drive, operate heavy
  machinery or drink alcohol for 24 hours.

☐ **NO DRIVING TODAY**

☐ You were given a prescription for an antibiotic.
  Continue to take the medicine until gone unless
  otherwise instructed, **even if symptoms disappear.**

☐ If your pain is not adequately relieved or you are having
  persistent nausea or vomiting or excessive drowsiness please
  call your physician or return to the Emergency Department.

**IMPORTANT NOTICE: Your x-ray has been read and reviewed.
Final review by the radiologist is pending. Follow up with your
primary care doctor for final interpretation.**

**Specific Instructions:**

Ibuprofen as directed.

Follow-up with Primary
Physician if needed.

Parrish

---

☐ Return to Jackson ED on _____

**We Are Referring You To:**

Dr. _____ Call _____

for an appointment on _____

If you become worse or do not get better in 1 - 2 days see the
doctor treating you or return to the emergency department.

Instructions Received By:

Harry L McCall

relationship to patient _____

☑ Voiced understanding of instructions

**Patient Left:**

☑ Ambulatory   ☐ Crutches   ☐ Stretcher

☐ Wheelchair   ☑ With Driver   ☐ Carried

_____ RN
Discharge Nurse

**Certificate for Return
to Work or School**

☐ NA

Has been under my care on ___/___/___ and is able to
return to work/school on ___/___/___. The patient's work
limitations are: _____

_____
Discharge Physician

**Jackson Hospital**
Emergency Department

MCCALL, HARRY LARMONT
10-78-79  0629000015  09/10/63  43Y M
QER -          S          QER
PARRISH, VICKIE G          10/17/06

---

MCCALL, HARRY LARMONT
10-78-79  0629000015  09/10/63  43Y M
QER -          S          QER
PARRISH, VICKIE G          10/17/06

ALLERGIES

Check Box If ☐ **NKDA**

**ED Discharge Form**

**JACKSON HOSPITAL**

1725 Pine St | Montgomery AL 36106-1117 | 334-293-8000

| MEDICINES PRESCRIBED | If none, check this box ☐ | VOID IF NOT PRINTED WITH CRANBERRY BACKGROUND | | |
|---|---|---|---|---|
| Name/Strength | Number | Schedule/Duration | No Refills | Refills |
| 1. Ibuprofen 600m | #15 | T PO q 8w/food | ☑ | |
| 2. | | | ☐ | |
| 3. | | | ☐ | |
| 4. | | | | |

_____
Dispense as written - Signature

Vickie Parrish
Substitution allowed - Signature

Print Name and
DEA# _____

**ED Discharge Form**

Top - Patient          Bottom - Chart          2-5327-2, 12/05



☐ IV conscious sedation *(see nurse's notes for medications)*

shoulder reduction technique:  ☐ traction / counter-traction
                                   ☐ hanging weights
                                   ☐ kocher maneuver
elbow reduction:  ☐ traction
☐ reduction successful  ☐ reduction unsuccessful
☐ nursemaid's elbow reduced with supination

## WOUND REPAIR NOTE

Description: _____                                  linear
Location: _____  Length: _____ cm     stellate
                                           smooth margins
Anesthesia:                                irregular margins
   topical:  LET / TAC _____        contaminated
   local:  lidocaine 1% / 2% w or w/o epi / bicarb     crushed tissue
   Bupivacaine  0.25%  0.5% _____  volume: _____ cc
Cleansing:
        irrigation: saline / shurclens / betadine  volume: _____ cc
        debridement  foreign body removal
**Wound Repair**
☐ wound edges revised
☐ staples _____     ☐ steri-strips only     ☐ skin adhesive

| | # of sutures | suture size | material | technique |
|---|---|---|---|---|
| skin | | | nylon / prolene | simple / running / mattress |
| subQ | | | vicryl / chromic | simple / running / mattress |
| deep | | | vicryl / chromic | simple / running / mattress |

☐ See additional Wound Care Notes     ☐ repair time _____ min
☐ Tt / Td IM

_____

Time: _____ Patient care is being transferred to Dr. _____ ;
all pertinent history, physical findings and diagnostic studies have been
communicated to the receiving physician.
☐ Old records reviewed  ☐ Admission orders written & discussed with admitting MD
☐ Discussed with Dr. _____ . ☐ Time _____
☐ Counseled patient/family: test results / diagnosis / follow-up

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS
☐ FURTHER EVALUATION NEEDED TO RULE OUT AN EMC

## CLINICAL IMPRESSION
(RIGHT)/ LEFT
    (Shoulder) Dislocation     Bursitis          Clavicle Fracture
    Rotator Cuff Injury     Biceps Tendonitis     Radial / Ulnar Fracture
    Elbow Dislocation                       Supracondylar Fracture
    (Contusion) Arm / Elbow / Forearm     Humeral Fracture
    Foreign Body Removal
    nondisplaced / closed / open / comminuted / displaced
    Nursemaids elbow (subluxation of radial head)
    Laceration: _____ cm

_____

## DISPOSITION    (time: _____ )
☑ home ☐ admit ☐ transferred ☐ AMA ☐ observation ☐ expired ☐ MSO
Condition: ☑ stable ☐ fair ☐ good ☐ poor ☐ critical ☐ improved
Follow-up: ☐ ED ☐ PMD ☐ on-call _____ in _____ days
Instructions: _____
Rx: *Transferred back to City Jail*

## ATTENDING NOTE
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed     ☐ x-rays reviewed
☐ I agree with above diagnosis  ☐ I have reviewed the treatment plan / concur
☑ Certified Medical Emergency Per Prudent Layperson
                            Resident / NP / PA
*[signature]*                            MD / DO
☐ See Addendum Sheet

**BACK**

DDX: (R) / L clavicle  (shoulder)  arm  (elbow)  forearm
dislocation  (contusion)  sprain  (fracture)  nerve / tendon injury

**RADIOGRAPHS**
L / (R) clavicle:  (shoulder)  humerus  (elbow)  forearm
☑ normal
CXR:  ☑ normal     ☐ abnormal
Other radiographs: _____

**IMMOBILIZATION**    application by: ☐ ED physician ☐ nurse / tech
☐ sling ☐ sling and swathe     ☐ elbow plaster / fiberglass splint
☐ examination post splint application: ☐ N/V intact  ☐ proper position

NURSING ASSESSMENT

PARRISH, VICKIE G        10/17/06

DATE: 10/17/06
TIME: 0440

**JACKSON HOSPITAL**

**PRE TX**
☑ N/A
IV _____ @ _____ cc/hr
SITE _____
☐ PCR
☐ O2 @ _____
☐ ETT SIZE _____
☐ CPR
☐ BACKBOARD   ☐ SPLINT
☐ COLLAR   ☐ BANDAGES
☐ SANDBAGS   ☐ FOLEY SIZE
☐ Other _____

**MEDICAL/SOCIAL HX**

**MEDICAL:**
☐ ASTHMA   ☐ HTN
☐ CANCER   ☐ RENAL DISEASE
☐ CARDIAC   ☐ NONE
☐ COPD
☐ CVA
☐ DIABETES
☐ FAMILY CARDIAC HISTORY

**MUSCULOSKELETAL**
States no problems /
arthritic disease / decrease
in strength / diminished
mobility

**PSYCHIATRIC:**
Previous psychiatric history
/ bipolar disorder /
depression / suicidal / lives
alone / family support

**SCREENINGS:**
☐ ALCOHOL
☐ DRUGS
☐ SMOKES

**SOCIAL:**

**NUTRITIONAL:**
States no problems /
Normal nutrition /
recent weight loss /
weight gain / _____ /
appears well nourished /
Appears under nourished.

**CARDIOVASCULAR**

MONITOR, ☐ YES ☐ NO   RHYTHM _____   SEE STRIP

**SKIN CONDITION**
☑ INTACT   ☐ BROKEN
☐ WARM   ☐ COOL
☐ HOT   ☐ CLAMMY
☐ MOIST   ☑ DRY
☐ DIAPHORETIC   ☐ DECUBITUS
☐ RASH

**EDEMA**
☐ LEGS   ☐ ANKLES
☐ OTHER   ☐ FEET

PULSES   R ___ L ___
PEDAL
POST TIBIAL
RADIAL

**SKIN COLOR**
☑ NORMAL
☐ DUSKY   ☐ PINK
☐ FLUSHED   ☐ CYANOTIC
☐ PALE   ☐ JAUNDICED

ABSENT - PRESENT +

**SKIN TURGOR**
☑ GOOD   ☐ DECREASED
☐ POOR   ☐ OTHER

CAPILLARY REFILL
<3 SEC. ☐ >3 SEC. ☐

**AFFECTED AREA**
1. N/A
2. ABRASIONS
3. BURNS
4. CONTUSION
5. DECUBITUS
6. LACERATION
7. PAIN
8. PUNCTURE
9. RASH
10. OTHER
_____
_____
_____

**RESPIRATORY**

**RESPIRATIONS**
☑ NON-LABORED
☐ LABORED _____
☐ HYPERVENTILATION
☐ OTHER _____

**COUGH**
☐ NONE
☐ NON-PRODUCTIVE
☐ PRODUCTIVE
☐ HIGH RISK TB

**BREATH SOUNDS**
R L
☐ ☐ CLEAR/EQUAL
☐ ☐ WHEEZES
☐ ☐ DIMINISHED

R L
☐ ☐ ABSENT
☐ ☐ RALES/CRACKLES
☐ ☐ RHONCHI

**NEUROMUSCULAR**

**LOC**
☑ ALERT
☐ DROWSY
☐ UNRESPONSIVE
☐ ORIENTED
☐ PERSON   ☐ TIME
☐ PLACE   ☐ EVENT

**SPEECH**
☐ CLEAR
☐ SLURRED
☐ OTHER _____

**RESPONSE TO STIMULI**
☐ VERBAL
☐ TACTILE
☐ PAIN
☐ UNRESPONSIVE

| | RIGHT | | LEFT | |
|---|---|---|---|---|
| | M | S | M | S |
| MOTOR/SENSORY | | | | |
| ARMS | | | | |
| LEGS | | | | |

GOOD
DECREASED
ABSENT

**PUPILS**
● ● ◐ ◑ ◯ ◯ ◯ ◯ ◯
2 3 4 5 6 7 8 9

| | RIGHT | LEFT |
|---|---|---|
| REACTIVE | | |
| SIZE | | |

**GI**
**BOWEL SOUNDS**
☐ NORMAL
☐ HYPOACTIVE
☐ N/A ☐ HYPERACTIVE
☐ ABSENT
☐ _____

**ABDOMEN**
☐ SOFT
☐ FIRM
☐ DISTENDED
☐ TENDER
☐ NON-TENDER

**PAIN LOCATION**
☐ N/A
☐ RUQ
☐ LUQ
☐ RLQ
☐ LLQ
☐ _____

**BOWEL ACTIVITY**
☐ DENIES COMPLAINT
☐ DIARRHEA
☐ CONSTIPATION
☐ _____

**GU**
☐ N/A
**URINATION**
☐ DENIES COMPLAINT
☐ PAIN/BURNING
☐ FREQUENCY
☐ HEMATURIA
☐ INCONTINENCE

**GENITAL**
☐ DENIES COMPLAINT
☐ DISCHARGE
☐ LESION

**COMMENTS:**
_____
_____
_____
_____
☐ N/A

**GLASGOW COMA SCALE**

| Areas of Response | Points |
|---|---|
| **Eye Opening** | |
| Eyes open spontaneously | 4 |
| Eyes open in response to voice | 3 |
| Eyes open in response to pain | 2 |
| | 1 |
| **Best verbal response** | |
| Oriented, e.g., to person, place, time | 5 |
| Confused, speaks but is disoriented | 4 |
| Inappropriate, but comprehensible words | 3 |
| Incomprehensible sounds but no words are spoken | 2 |
| None | 1 |
| **Best Motor Response** | |
| Obeys command to move | 6 |
| Localizes painful stimulus | 5 |
| Withdraws from painful stimulus | 4 |
| Flexion, abnormal decorticate posturing | 3 |
| Extension, abnormal decerebrate posturing | 2 |
| No movement or posturing | 1 |
| Total Possible Points | 3-15 |
| Major Head Injury | ≤8 |
| Moderate Head Injury | 9-12 |
| Minor Head Injury | 13-15 |

**PLAN OF CARE**

**NURSING DIAGNOSIS**
☐ ANXIETY/FEAR
☐ BODY TEMP, ALT OF
☐ COMFORT, ALT OF
☐ COMMUNICATION, IMPAIRED
☐ COPING
☐ FLUID VOLUME
   EXCESSIVE/DEFICIT
☐ INEFFECTIVE BREATHING PATTERN
☐ INFECTION, POTENTIAL FOR
☐ INJURY TO SELF/OTHERS,
   POTENTIAL FOR
☐ KNOWLEDGE DEFICIT
☐ MOBILITY, IMPAIRED

☐ NEURO STATUS,
   ALT OF
☐ NON-COMPLIANCE
☐ PAIN, ACUTE/CHRONIC
☐ SKIN INTEGRITY, ALT OF
☐ TISSUE PERFUSION
   ALT OF/POTENTIAL

**ABUSE/NEGLECT SCREEN**
☐ N/A
☐ NO INDICATIONS OBSERVED
☐ ONE / REQUIRES A REFERRAL
   TO SOCIAL SERVICES
☐ POSSIBLE PHYSICAL ABUSE
   (SEE PHYSICAL ASSESSMENT)
☐ POSSIBLE PSYCHOLOGICAL ABUSE
☐ POSSIBLE NEGLECT
☐ POSSIBLE DOMESTIC VIOLENCE

**INTERVENTIONS**
☐ ACCU-CHECK
☐ ANTI-PYRETICS
☐ ASPIRATION PRECAUTIONS
☐ BLEEDING CONTROL
☐ COMFORT MEASURES
☐ COMMUNICATION METHODS

☐ DRESSING/WOUND CARE
☐ EMOTIONAL SUPPORT
☐ ICE/ELEVATE
☐ INTAKE/OUTPUT
☐ MONITOR   ☐ CARDIAC
☐ SaO2
☐ NIBP
☐ RE-ORIENTATION
☐ SAFETY

☐ SEIZURE PRECAUTION
☐ SPLINT/SLING
☐ SUICIDE PRECAUTION
☐ TEACHING (PT/FAMILY)
☐ VISUAL ACUITY

☐ VISUAL MONITORING CONTINUOUS

**REFERRAL**
☐ CHAPLAIN
☐ MENTAL HEALTH
☐ PHYSICAL THERAPY

☐ RAPE COUNSELOR
☐ SOCIAL SERVICES

**MENTAL STATUS**
☐ ALERT   ☐ UNCOOPERATIVE
☐ ORIENTED   ☐ COMBATIVE
☐ CALM   ☐ OTHER
☐ COOPERATIVE
☐ CONFUSED
☐ ANXIOUS

**SAFETY**
☐ SIDERAILS
☐ RESTRAINTS (See flowsheet)
☐ BED POSITION LOW
☐ FAMILY AT BEDSIDE
☐ OTHER

**G.C.S.**
☐ N/A
TIME _____ SCORE _____
TIME _____ SCORE _____
TIME _____ SCORE _____
TIME _____ SCORE _____

Form # E-27-A (Rev. 6/02)

| Pat. Name | Admission Date | Sex | Age | Location | Allergies | Relationship | Admitting Diagnosis |
|-----------|----------------|-----|-----|----------|-----------|--------------|---------------------|
| MCCALL, HARRY LARMONT | 10/17/2006 04:24 | M | 44 Y | DIS 10/17/2006 06:15 | No Allergy Information | | (729.5) PAIN IN LIMB |

◄ Back to List    Select All Tests    Check 5 on All Selected

Check 5 on Selected Components for ELBOW RIGHT THREE VIEW    View Images
☑ TEST: ELBOW RIGHT THREE VIEW
   Collected Date & Time: 10/17/06 05:57

| Result Name | Results | Units | Reference Range |
|-------------|---------|-------|-----------------|
| ☑ ELBOW RIGHT THREE VIEW | The osseous structures are in | | |

The osseous structures are in normal position with no definite fractures seen. There are minimal degenerative changes noted. No definite joint effusion is seen.
IMPRESSION:
NO ACUTE FINDINGS.
        Other Clinicians Who Have Viewed This Data

Check 5 on Selected Components for SHOULDER RIGHT TWO VIEW    View Images
☑ TEST: SHOULDER RIGHT TWO VIEW
   Collected Date & Time: 10/17/06 05:56

| Result Name | Results | Units | Reference Range |
|-------------|---------|-------|-----------------|
| ☑ SHOULDER RIGHT TWO VIEW | FINDINGS: There is no fractur | | |

FINDINGS:  There is no fracture of dislocation. There are no abnormal calcifications. The soft tissues are unremarkable.
IMPRESSION:  NORMAL RIGHT SHOULDER.
        Other Clinicians Who Have Viewed This Data

◄ Back to List    Select All Tests    Check 5 on All Selected

================================================================================
     CT LOWER EXTREMITY W/O CONT                    (CT    Detailed) CPT:73700
     Reason for Study: See Clinical History:

         *** THIS IS AN AMENDED REPORT ***

   Clinical History:
   right foot thin slices focus on subtalar joint and possigle old talar neck
   fracture.

   Report:                              Status: VERIFIED
   CT of the right foot dated 9/12/07:


   Enter 'Top' or 'Continue':    Continue//

LOCAL TITLE: PODIATRY OUTPATIENT
DATE OF NOTE: NOV 28, 2007@15:24        ENTRY DATE: NOV 28, 2007@15:24:53
     AUTHOR: SWAIN,DAVID                  EXP COSIGNER: BEDGOOD,DEBRA B
     URGENCY:                             STATUS: COMPLETED

     *** PODIATRY OUTPATIENT Has ADDENDA ***

S:  44 y/o returns to clinic for f/u of right foot and ankle pain.  Pt has had
the pain in his ankle for 2-3 years.  Pt states that he fractured it while
stepping on uneven ground.  Pt went to doctor and was placed in a walking boot
for 2 months and relates that his ankle still hurts.  Pt denies any other
treatment afterwards, until coming to podiatry clinic.  Pt has been wearing an
ankle brace and relates that his pain has decreased.  Pt relates that his
disalcid caused him to have heart palpitations and that he has stopped taking
it.  Pt would like to try conservative treatment before considering surgical
correction of any problems.

O:
Right foot:  pain with palpation to sinus tarsi right foot, pain with
palpation to plantar fascia, especially in middle of arch;
palpable pedal pulses;
minimal pain with ankle joint and subtalar joint range of motion; mild pain
with palpation along medial malleolus

CT REPORT SHOWS:
     A minimal osteoarthritis of the subtalar joint with a suspicious
     small avulsion of the posterior lateral cortex of the talus.
     Minimal to mild osteoarthritis.  Many small ossifications noted
     at the anterior and medial aspect of the talotibial joint region

A:
sinus tarsi syndrome
DJD with possible old small talar avulsion fracture
plantar fasciitis
arthralgia

P:
Examined pt;
Dispensed night splint for fasciitis, advised pt to ice arches for 10 minutes
a day with a frozen water bottle;
Pt to continue with ankle brace;
Rx: naprosyn
Will discuss possible surgical correction with Dr. Robinson next visit;
RTC six weeks

/es/ DEBRA B BEDGOOD, DPM
STAFF PODIATRIST
Signed: 11/29/2007 08:19

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

Page 1

# Progress Note

```
for DAVID SWAIN, DPM
Podiatry Resident

/es/ DEBRA B BEDGOOD, DPM
STAFF PODIATRIST
Cosigned: 11/29/2007 08:19

Receipt Acknowledged By:
11/29/2007 08:58        /es/ DAN E ROBINSON
                            Podiatry Attending

11/29/2007 ADDENDUM              STATUS: COMPLETED
Patient was evaluated and/or discussed with the resident and I agree with
resident's diagnosis and treatment plan as detailed in the note. Patient may
also benefit from an AFO or Ritchie brace.

/es/ DEBRA B BEDGOOD, DPM
STAFF PODIATRIST
Signed: 11/29/2007 08:20
```

---

```
 LOCAL TITLE: PODIATRY OUTPATIENT
DATE OF NOTE: OCT 24, 2007@15:11      ENTRY DATE: OCT 24, 2007@15:12:35
    AUTHOR: SIMS,LANCE        EXP COSIGNER: AGEE,ANGELO K
    URGENCY:                    STATUS: COMPLETED

   *** PODIATRY OUTPATIENT Has ADDENDA ***

S: Patient returns to clinic for pain to the right ankle. Patient has completed
the CT scan.

O: Right foot pain with passive and active range of motion with in all
directions. restricted eversion of the subtalar joint. Pain with palpation of
the sinus tarsi and anterior ankle. Subtalar range of motion is slightly
restricted. Ankle dorsiflexion is limited to 90 deg with dorsiflexion. Pedal
pulses are palpable bilateral. Epicritic sensation is intact grossly bilateral.

CT REPORT SHOWS:
    A minimal osteoarthritis of the subtalar joint with a suspicious
    small avulsion of the posterior lateral cortex of the talus.
    Minimal to mild osteoarthritis.  Many small ossifications noted
    at the anterior and medial aspect of the talotibial joint region

A: Ankle arthralgia with possible coalition.

P: dispensed one ankle brace and instructed on use.
    Rx for Disalcid 100mg TID with meals.
    Discussed surgical and conservative treatments and patient wishes to try
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

bracing and oral medication first.
    RTC one month A_POD General.


/es/ Angelo K. Agee, DPM
Staff Podiatrist
Signed: 10/24/2007 18:55
for LANCE SIMS, DPM
PODIATRY RESIDENT

/es/ Angelo K. Agee, DPM
Staff Podiatrist
Cosigned: 10/24/2007 18:55

10/24/2007 ADDENDUM                    STATUS: COMPLETED
Patient was evaluated and discussed with the resident. I agree with
resident's diagnosis and treatment plan as detailed in the note.

/es/ Angelo K. Agee, DPM
Staff Podiatrist
Signed: 10/24/2007 18:57

---

  LOCAL TITLE: PODIATRY CONSULT
DATE OF NOTE: AUG 31, 2007@15:14      ENTRY DATE: AUG 31, 2007@15:15:03
     AUTHOR: SIMS,LANCE          EXP COSIGNER: AGEE,ANGELO K
    URGENCY:                         STATUS: COMPLETED

     *** PODIATRY CONSULT Has ADDENDA ***

S: Patient returns to clinic for pain to the right ankle. He states it hurts all
the time and the pain medication given to him relieves the pain. He states the
foot hurts when moving in any motion.

O: Right foot pain with passive and active range of motion with in all
directions. Pain with palpation of the sinus tarsi and anterior ankle. Subtalar
range of motion is slightly restricted. Ankle dorsiflexion is limited to 90 deg
with dorsiflexion.
    Pedal pulses are palpable bilateral.
    Epicritic sensation is intact grossly bilateral.

Current foot films show possible right talus - calcaneus coalition.

A: Ankle arthralgia with possible coalition.

P: ordered CT of right foot to rule out boney union.
    RTC when CT is complete - patient will call.
    Instructed patient to get supportive shoe and stop wearing sandals and

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

continue with current pain medication. .

/es/ Angelo K. Agee, DPM
Staff Podiatrist
Signed: 08/31/2007 16:03
for LANCE SIMS, DPM
PODIATRY RESIDENT

/es/ Angelo K. Agee, DPM
Staff Podiatrist
Cosigned: 08/31/2007 16:03

08/31/2007 ADDENDUM                STATUS: COMPLETED
Patient was evaluated and discussed with the resident. I agree with
resident's diagnosis and treatment plan as detailed in the note.

/es/ Angelo K. Agee, DPM
Staff Podiatrist
Signed: 08/31/2007 16:05

---

LOCAL TITLE: PHYSICIAN NOTE-PRIMARY CARE
DATE OF NOTE: JUL 31, 2007@14:16      ENTRY DATE: JUL 31, 2007@14:16:03
      AUTHOR: TAYLOR,BURNESTINE P  EXP COSIGNER:
      URGENCY:                  STATUS: COMPLETED

            Patient of Dr. Iruvanti

43 yr old male with h/o bilateral foot pain. HAs some chronic hx since '86.
Has seen Podiatry in the past. Received injections in the past and received
injections. Lost to f/u since @ 2004. Reports shoe gear does not change pain
and reports meds not helpful.
       Also reports right hip pain. Chronic and reports started when right
foot was broken in the past. Also pain right knee for same reason. Reports
"entire foot painful / both sides)...


OBJECTIVE:

140/81 (07/31/2007 13:37)82 (07/31/2007 13:37)20 (07/31/2007 13:37)98.4 F
[36.9
C] (07/31/2007 13:37)

PAIN:9 (07/31/2007 13:37)  Repeat BP: 120/75

in NAD

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

ASSESSMENT:
1.Bilateral foot pain- chronic and some worsening.
2.right hip/knee pain


PLAN:
1.Podiatry referral
2.trial Esgic and lodine and analgesic balm- pickup today...
3.xray TODAY....do not wait for results...f/u accordingly
4.keep scheduled appointment with scheduled provider.



Clinical Reminder(s)/
  C-Medication Reconciliation:
    Medications were reviewed and reconciled.

/es/ Burnestine P. Taylor, MD
PHYSICIAN
Signed: 07/31/2007 15:39

---

 LOCAL TITLE: ED PHYSICIAN NOTE
DATE OF NOTE: JUL 07, 2006@21:47      ENTRY DATE: JUL 07, 2006@21:47:30
     AUTHOR: VACHHANI,VINUBHAI M   EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED

SUBJECTIVE::::
pt who visited recently for rash to ankle area and chest was given hc cream,
but pt say no improvement,



OBJECTIVE::


VITAL SIGNS:

HEIGHT: 68 in [172.7 cm] (05/15/2006 14:13)
WEIGHT: 164.3 lb [74.7 kg] (07/07/2006 13:41)
TEMP: 97.6 F [36.4 C] (07/07/2006 13:41)
PULSE: 65 (07/07/2006 13:41)
RESPIRATORY RATE: 15 (07/07/2006 13:41)
BLOOD PRESSURE: 140/95 (07/07/2006 13:41)

Heart:
s1 and s2 audible

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**


Printed at CENTRAL ALABAMA HCS

Lung:
fair air entry

Abdomen:
soft pos bs

Ext:
no edema

chronic rash on ankle not new, skin discoloration also some spot on chest,

Lab:

Assesment::
rash

Plan:::
medrole dose pack
pl take as directed

pl keep apt with primary care, call for earlier apt if no improvement,

/es/ VINUBHAI M VACHHANI, M.D.
STAFF PHYSICIAN
Signed: 07/07/2006 21:52

---

LOCAL TITLE: PODIATRY OUTPATIENT
DATE OF NOTE: JAN 07, 2004@14:25    ENTRY DATE: JAN 07, 2004@14:25:28
    AUTHOR: MOBARAK,REZA    EXP COSIGNER: KO,EDALYN M
    URGENCY:    STATUS: COMPLETED

S: PT PRESENTS TO CLINIC WITH PAIN TO RIGHT BUNION. PT HAS HAD THIS PAIN FOR 15
YEARS AND WANTS SURGICAL CORRECTION. He has not tried any conservative
treatment.

PMHx: UNREMARKABLE
SURGICAL Hx: REMOVAL OF LIPOMA
SOCIAL: DENIES USE OF ETOH NOR TOBACCO
ALLERGIES: NKDA

O: VASC: DP/PT PULSES +2/4 B/L. NO EDEMA.
    DERM: SKIN SOFT AND SUPPLE. NO OPEN LESIONS PRESENT.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

NEURO: SENSATIONS INTACT TO LIGHT TOUCH.
ORTHO: SLIGHT LATERAL DEVIATION OF RIGHT HALLUX. PAIN TO MEDIAL PROMINENCE OF
1ST MPJ. Pain on ROM R 1st mpj and to tibial sesamoid. No limitation on ROM or
crepitus.
Xrays: abducted hallux with medial eminence.No evidence of djd.

A: HAV RIGHT

P: DISCUSSED SURGICAL OPTION WITH PATIENT but will try conservative course
first. Agrees to cortisone injection and NSAIDS. RX motrin. Inject R 1st mpj
with 0.5cc.5% marcaine pln + 0.5cc of kenalog 10mg. FU 2 weeks. Pt seen with DR.
Mobarak.


/es/ EDALYN M KO, DPM
STAFF PODIATRIST
Signed: 01/07/2004 14:57
for REZA MOBARAK, DPM
PODIATRY RESIDENT

/es/ EDALYN M KO, DPM
STAFF PODIATRIST
Cosigned: 01/07/2004 14:57

---

LOCAL TITLE: ED PHYSICIAN NOTE
DATE OF NOTE: NOV 12, 2003@09:02       ENTRY DATE: NOV 12, 2003@09:02:46
     AUTHOR: BOYD,BILLY W          EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

S: veteran c/o persistent pain right foot 5th digit; says had fracture toe
10/9/03. Seen in LSU 11/10/03 for same complaint--see Dr. Gacha's excellent and
thorough note on that date.
O: Xray done today shows healing fracture 5th toe and also 5th metatarsal bone.
A: healing fractures; pt still with pain.
P: tramadol for pain ; followup with his PCP and team; also, orthopedic clinic
appt for followup.

/es/ BILLY W BOYD
MD, LSU PHYSICIAN
Signed: 11/12/2003 09:14

---

LOCAL TITLE: ED PHYSICIAN NOTE
DATE OF NOTE: NOV 10, 2003@04:20       ENTRY DATE: NOV 10, 2003@04:20:49
     AUTHOR: GACHA,SAMUEL A         EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| MCCALL, HARRY<br>3325 ROYAL CREEK ROAD<br>MONTGOMERY, ALABAMA   36116<br>423843104 | Printed at CENTRAL ALABAMA HCS |

# Progress Note

S:"I am having pain in my leg and in my broken foot."
O: 40 yoAA male c/o right foot pain and left leg pain. Pt describes he broke his
Rt foot more than a month ago, cast was placed for 6 weeks. He was given
tramadol and he ran out of medications. Pain is constant, dull, exacerbated by
exertion relieved by rest, no radiated.
Pain in the left leg is constant dull more to the touch of the hamstring mucles
PE :
VS stable. See nurse's sheet
Musculoskeletal: Gait normal. Straight leg raised test negative. No deformities
in the rt foot or lt leg. Pulses are normal. No tenderness to palpation.
CVS S1S2 normal. RRR

A:
1. Healed Rt foot fracture
2. Left leg pain most likely secundary a muscle spasm

P:
1. Continue on tramadol. Pt will come back to pick it up. Today will give
toradol injection.
2. Flexeril 10 mg TID
3. Encouraged pt to come to follow up with PCP


/es/ SAMUEL GACHA, M.D.
PHYSICIAN
Signed: 11/10/2003 04:28

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

MCCALL, HARRY
3325 ROYAL CREEK ROAD
MONTGOMERY, ALABAMA  36116
423843104

**VISTA Electronic Medical Documentation**

Printed at CENTRAL ALABAMA HCS

# Carmichael Imaging

### 4147 Carmichael Road Montgomery, AL 36106-2801   334-387-1100

| | | | |
|---|---|---|---|
| **PATIENT NAME**<br>MCCALL,HARRY | **ACCOUNT N0**<br>107516 | **AGE/SEX**<br>44/M | **MPI NUMBER**<br>81770 |

**REFERRING PHYSICIAN:**
GILBERTO SANCHEZ MD
 4143 ATLANTA HIGHWAY
MONTGOMERY  AL 36109-

**DATE OF BIRTH**
09/10/63

**DATE OF SERVICE**
10/20/06

**COPY TO:**


**10/20/06: CT BRAIN W/O CONTRAST**

**EXAM INDICATIONS:**


**CLINICAL HISTORY:**  Headaches and neck pain.

**TECHNIQUE:**  7 mm axial scans were obtained through the brain without administration of contrast.

**FINDINGS:**  There is no evidence of acute hemorrhage, focal infarction or abnormal mass effect.  The ventricles and extra-axial fluid spaces appear normal for patient age.  On bone window images, no evidence of skull fracture or significant soft tissue reaction in the scalp is visible.  Orbital contents appear normal except for deformity in the inferior orbital wall on the right suspicious for an old inferior blow-out fracture.  The remaining paranasal sinuses and mastoid air spaces are clear.

**IMPRESSION:**
1.  NO INTRACRANIAL ABNORMALITIES ARE IDENTIFIED.
2.  THERE IS DEFORMITY IN THE INFERIOR ORBITAL WALL ON THE RIGHT SUGGESTING AN OLD BLOW-OUT FRACTURE.


**REVIEWED AND INTERPRETED BY:**
RICHARD ANDREW VANBERGEN, MD

**ELECTRONICALLY VERIFIED BY:**
RICHARD ANDREW VANBERGEN, MD  10/20/2006


RV/JB


Transcribed Date/Time: 10/20/06 10:18
Dictation Date/Time:10/20/06 10:16
Ordered Date: 10/19/06 07:13
Technologist: HARKNESS, JERRY

*MCCALL, HARRY*
*Exam #: E-00163757*

*Page 1*

# Carmichael Imaging

4147 Carmichael Road Montgomery, AL 36106-2801   334-387-1100

| | | | |
|---|---|---|---|
| **PATIENT NAME**<br>MCCALL,HARRY | **ACCOUNT N0**<br>107516 | **AGE/SEX**<br>44/M | **MPI NUMBER**<br>81770 |

**REFERRING PHYSICIAN:**
GILBERTO SANCHEZ MD
 4143 ATLANTA HIGHWAY
MONTGOMERY  AL 36109-

**DATE OF BIRTH**
09/10/63

**DATE OF SERVICE**
10/20/06

**COPY TO:**

**10/20/06: CT CERVICAL W/O CONTRAST**

**EXAM INDICATIONS:**

**CLINICAL INDICATION:**

**TECHNIQUE:**  Routine.

**FINDINGS:**  Reformatted sagittal and coronal images were also performed.  These demonstrate normal alignment of the cervical spine and maintained disc spaces and vertebral body height at all levels.  The spinal canal and nerve root exits are adequate at all levels bilaterally.  At C2-3, there is soft tissue density producing a small anterior filling defect in the spinal canal suspicious for a small central disc protrusion/herniation which does not appear to contact the spinal cord or narrow the spinal canal.  No other findings suspicious for posterior disc protrusion or herniation are identified except for mild calcified posterior spurring at the level of the superior end plate of the C5 vertebral body which produces mild narrowing of the spinal canal centrally to an AP diameter of 9.0 mm.  Further evaluation of this finding by MRI examination of the cervical spine or cervical myelography may be helpful.

**IMPRESSION:**
1.   A SMALL CALCIFIED POSTERIOR SPUR AT THE LEVEL OF THE SUPERIOR END PLATE OF C5 MILDLY NARROWS THE SPINAL CANAL CENTRALLY TO AN AP DIAMETER OF 9.0 MM.
2.  THERE IS A SOFT TISSUE FILLING DEFECT ANTERIORLY WITHIN THE SPINAL CANAL AT THE LEVEL OF C2-3 CONSISTENT WITH A SMALL CENTRAL DISC PROTRUSION/HERNIATION WHICH DOES NOT APPEAR TO CONTACT THE SPINAL CORD OR NARROW THE SPINAL CANAL.
3.  NO FORAMINAL STENOSIS IS IDENTIFIED.

**REVIEWED AND INTERPRETED BY:**
RICHARD ANDREW VANBERGEN, MD

*Transcribed Date/Time: 10/20/06 10:30*
*Dictation Date/Time:10/20/06 10:18*
*Ordered Date: 10/19/06 07:13*
*Technologist: HARKNESS, JERRY*

*MCCALL, HARRY*
*Exam #: E-00163758*

*Page 1*

# Carmichael Imaging

| PATIENT NAME | ACCOUNT N0 | AGE/SEX | MPI NUMBER |
|---|---|---|---|
| MCCALL,HARRY | 107516 | 44/M | 81770 |

| REFERRING PHYSICIAN: | | DATE OF BIRTH | DATE OF SERVICE |
|---|---|---|---|
| GILBERTO SANCHEZ MD | | 09/10/63 | 10/20/06 |
| 4143 ATLANTA HIGHWAY | | | |
| MONTGOMERY  AL 36109- | | | |

**10/20/06: CT CERVICAL W/O CONTRAST**

**ELECTRONICALLY VERIFIED BY:**
RICHARD ANDREW VANBERGEN, MD  10/20/2006

RV/JB

*Transcribed Date/Time: 10/20/06 10:30*
*Dictation Date/Time:10/20/06 10:18*
*Ordered Date: 10/19/06 07:13*
*Technologist: HARKNESS, JERRY*

*MCCALL, HARRY*
*Exam #:  E-00163758*

*Page 2*

# FAMILY PRACTICE

4143 ATLANT HIGHWAY
MONTGOMERY, AL 36109
334-271-4503

DEC - 5 2007

I __HARRY L. McCaLL__ request a copy of my medical records

to be forwarded to __Will pick up__

__FOR Months oF Oct - LAst Seen__
__06 - present date__
__DR. SANchez__     Also Need X-rays
FOR my ATTORNEY !

DATE OF BIRTH: __09-10-1963__

I realize that the information is confidential and do not hold FAMILY PRACTICE liable for information

released in my file. (334) 281-2319 — (334) 676-9815 (cell)

__Harry L McCall__         __5 Dec 07__
PATIENT                    DATE

                Head
__Neck, bAck and Shoulder injury Request Records__

WITNESS _____

EXPIRATION DATE _____

PATIENT NAME

**AGE:** 43 BM    **ALL:** SU

| ROS: | Neuro | + | − | HEENT | + | − | CV | + | − | Resp | + | − |
|------|-------|---|---|-------|---|---|----|---|---|------|---|---|
| | GT | + | − | GU | + | − | S-MS | + | − | Psych | + | − |

**PFSH:** See Left Cover Sheet    11-1-06    **PLAN:**

**CC:** Discuss CT , Recheck

Hx: Assaulted (10/17/06)
Neck pain
Head pain
B/L foot Rash
ED

**RX:**

**VITALS:** **WT:** 175    **T:**    **P:**    **BP:** 130/80

| PE: | ✓=WNL | |
|-----|-------|---|
| Neuro | ✓ | |
| HEENT | ✓ | |
| Neck | ✓ | |
| Heart | ✓ | |
| Chest | ✓ | |
| Abd | ✓ | |
| GU | Ø | |
| GYN | Ø | |
| EXTS | ✓ | |
| SKIN | ✓ | |

Referred to Dr Epperson
11/15/06 10:30a.m

Referred to Ifee
Dr Urzer
11/10/06 1pm

Labs 7-5 OD pain Alve
#32 OMI

**RTC:** 1 m.

**COMMENTS:**

**DX:**
① Fracture of R Eye (orbit)
② Bulging Disc Neck

**INS:**

DIAGNOSIS SHEET
OT COPY CENTER / 277-3568

PATIENT NAME

**AGE:** _____   **ALL:** _____

| ROS: | Neuro | + (–) | HEENT | + (A) | CV | + (A) | Resp | + (–) |
|------|-------|-------|-------|-------|-----|-------|------|-------|
|  | GT | + (A) | GU | + (A) | S-MS | (+) – | Psych | + (–) |

**PFSH:** See Left Cover Sheet   10-18-06      **PLAN:**

**CC:**

**RX:**

| VITALS: | WT | ( ' ) | T: | P: | BP: | 148/98 |
|---------|----|-----|-----|-----|-----|--------|

| PE: | ✓=WNL | |
|-----|-------|---|
| Neuro | ✓ | |
| HEENT | ✓ | |
| Neck | | |
| Heart | ✓ | |
| Chest | ✓ | |
| Abd | ✓ | |
| GU | ∅ | |
| GYN | ∅ | |
| EXTS | ✓ | |
| SKIN | ✓ | |

**RTC:**

**COMMENTS:**

**DX:**
1. Assaulted last night
2. Neck pain
3. Head pain
4. ___

**INS:**

DIAGNOSIS SHEET
OT COPY CENTER / 277-3568

# Carmichael Imaging

**4147 Carmichael Road Montgomery, AL 36106-2801   334-387-1100**

| PATIENT NAME<br>MCCALL,HARRY | ACCOUNT N0<br>107516 | AGE/SEX<br>43/M | MPI NUMBER<br>81770 |
|---|---|---|---|

| REFERRING PHYSICIAN:<br>GILBERTO SANCHEZ MD<br> 4143 ATLANTA HIGHWAY<br>MONTGOMERY  AL 36109- | | DATE OF BIRTH<br>09/10/63 | DATE OF SERVICE<br>10/20/06 |
|---|---|---|---|

COPY TO:

**10/20/06: CT BRAIN W/O CONTRAST**

**EXAM INDICATIONS:**

**CLINICAL HISTORY:**  Headaches and neck pain.

**TECHNIQUE:**  7 mm axial scans were obtained through the brain without administration of contrast.

**FINDINGS:**  There is no evidence of acute hemorrhage, focal infarction or abnormal mass effect. The ventricles and extra-axial fluid spaces appear normal for patient age.  On bone window images, no evidence of skull fracture or significant soft tissue reaction in the scalp is visible.  Orbital contents appear normal except for deformity in the inferior orbital wall on the right suspicious for an old inferior blow-out fracture.  The remaining paranasal sinuses and mastoid air spaces are clear.

**IMPRESSION:**
1. NO INTRACRANIAL ABNORMALITIES ARE IDENTIFIED.
2. THERE IS DEFORMITY IN THE INFERIOR ORBITAL WALL ON THE RIGHT SUGGESTING AN OLD BLOW-OUT FRACTURE.

**REVIEWED AND INTERPRETED BY:**
RICHARD ANDREW VANBERGEN, MD

**ELECTRONICALLY VERIFIED BY:**
RICHARD ANDREW VANBERGEN, MD  10/20/2006

RV/JB

*Transcribed Date/Time: 10/20/06 10:18*
*Dictation Date/Time:10/20/06 10:16*
*Ordered Date: 10/19/06 07:13*
*Technologist: HARKNESS, JERRY*

*MCCALL, HARRY*
*Exam #: E-00163757*

*Page 1*

# Carmichael Imaging

**4147 Carmichael Road Montgomery, AL 36106-2801   334-387-1100**

| | | | |
|---|---|---|---|
| **PATIENT NAME**<br>MCCALL,HARRY | **ACCOUNT N0**<br>107516 | **AGE/SEX**<br>43/M | **MPI NUMBER**<br>81770 |
| **REFERRING PHYSICIAN:**<br>GILBERTO SANCHEZ MD<br> 4143 ATLANTA HIGHWAY<br>MONTGOMERY  AL 36109- | | **DATE OF BIRTH**<br>09/10/63 | **DATE OF SERVICE**<br>10/20/06 |

**COPY TO:**

**10/20/06: CT CERVICAL W/O CONTRAST**

**EXAM INDICATIONS:**

**CLINICAL INDICATION:**

**TECHNIQUE:** Routine.

**FINDINGS:**  Reformatted sagittal and coronal images were also performed.  These demonstrate normal alignment of the cervical spine and maintained disc spaces and vertebral body height at all levels.  The spinal canal and nerve root exits are adequate at all levels bilaterally.  At C2-3, there is soft tissue density producing a small anterior filling defect in the spinal canal suspicious for a small central disc protrusion/herniation which does not appear to contact the spinal cord or narrow the spinal canal.  No other findings suspicious for posterior disc protrusion or herniation are identified except for mild calcified posterior spurring at the level of the superior end plate of the C5 vertebral body which produces mild narrowing of the spinal canal centrally to an AP diameter of 9.0 mm.  Further evaluation of this finding by MRI examination of the cervical spine or cervical myelography may be helpful.

**IMPRESSION:**
1.  A SMALL CALCIFIED POSTERIOR SPUR AT THE LEVEL OF THE SUPERIOR END PLATE OF C5 MILDLY NARROWS THE SPINAL CANAL CENTRALLY TO AN AP DIAMETER OF 9.0 MM.
2.  THERE IS A SOFT TISSUE FILLING DEFECT ANTERIORLY WITHIN THE SPINAL CANAL AT THE LEVEL OF C2-3 CONSISTENT WITH A SMALL CENTRAL DISC PROTRUSION/HERNIATION WHICH DOES NOT APPEAR TO CONTACT THE SPINAL CORD OR NARROW THE SPINAL CANAL.
3.  NO FORAMINAL STENOSIS IS IDENTIFIED.

*Transcribed Date/Time: 10/20/06 10:30*
*Dictation Date/Time:10/20/06 10:18*
*Ordered Date: 10/19/06 07:13*
*Technologist: HARKNESS, JERRY*

*MCCALL, HARRY*
*Exam #: E-00163758*

*Page 1*