Interrogatory   2:07cv870

RECEIVED
MAR 18 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

1. Harry L. McCall, age 44 yrs. young
3325 Royal Creek Rd.
Montgomery AL 36116

2. Redundant-request, However I will elaborate, Just as the facts were stated in the initial complaint.

3. As stated in the initial complaint formally, On or about October 17, 2006, while securely in police custody in the City jail booking area, Officer H.G. Crosthwait vehemently in a derange manor and definitely in a lunatic persona, caused injuries that required medical attention. If any person commit a crime and have help with the crime, their help receive the same punishment and charges for that same crime. (Especially for murder, conspiracy, robbery and etc). Since, Mayor Bobby Bright and Chief Arthur Baylor are the superiors of Officer H.G. Crosthwait and

Interrogatory

3. he was in uniform and on official duty when this assault happen they became accessories to the act of assault and battery by Officer H. G. Crosthwait.

# Interrogatory

4. See initial complaint and Medical records label exhibit A or B. (redundant)

5. See initial complaint and Medical records. (redundant)

6. See initial complaint and Medical records. (redundant)

8. Plaintiff have not recovered at all.

9. Plantiff suffer from blurred vision, excruciating pain in head, back, vertebrae, neck, shoulder and right anckle.

Interrogatory

10. Plantiff claims all injuries are permently, he has been suffuring over a year with no relief, However you have medical experts in the field for your consultation, plantiff has not received any physical Therapy due to the fact of not having health insurance.

11. Dr. Gilberto Sanchez MD
4143 Atlanta Hwy. Montgomery AL
(334) 271-4503

12. 30% disability from Veterans Administration for frostbite.

13. None! plantiff received injuries from the deranged Officer H.G. Crosthwait.

14. The Question is irrelevant, so plantiff pleads and exercise his 5th amendment Right.

15. Irrelevant since we are not in negotiations for a settlement, so plantiff sustained his 5th amendment Right.

Interrogatory

16. See city accountant for records of disbursements, furthermore this case is not in arbitration for settlement yet!

17. Plantiff worked as a contract Aircraft painter for several contract agencies. Since, we have not entered settlement negotiations that information is irrelevant.

18. This is also irrelevant, we are not in arbitration for recompense so, plantiff pleads the 5th amendment privilege.

19. See initial complaint, Medical records, and police records concerning case, all witness will be aquired by these resources.

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Harry L. McCall, Post Office Box 251635, Montgomery, Alabama 36116.

　　　　　　　　　　　　　　　　　　/s/ Allison H. Highley
　　　　　　　　　　　　　　　　　　Allison H. Highley (HIG024)

**As to answers to interrogatories and responses to requests for production:**

　　　　　　　　　　　　　　　　　　/s/ Harry L. McCall, Esq.
　　　　　　　　　　　　　　　　　　Harry L. McCall
　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

SWORN to and SUBSCRIBED before me this the 18th day of March 2008.

　　　　　　　　　　　　　　　　　　/s/ Amanda Pratt
　　　　　　　　　　　　　　　　　　Notary Public
　　　　　　　　　　　　　　　　　　My commission expires 1-25-11

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2008, I sent a copy of my responses to Defendants via U.S. mail, first-class postage pre-paid to:

　　　　Allison H. Highley
　　　　Legal Department
　　　　City of Montgomery
　　　　Post Office Box 1111
　　　　Montgomery, AL 36101-1111

　　　　　　　　　　　　　　　　　　/s/ Harry L. McCall, Esq.
　　　　　　　　　　　　　　　　　　Harry L. McCall
　　　　　　　　　　　　　　　　　　Plaintiff Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: **2:07-CV-870-WKW-CSC** |
| | ) |
| H.G. CROSTHWAIT, et al., | ) |
| | ) |
| Defendants. | ) |

RECEIVED

2008 MAR 18  P 3: 09

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

The following discovery requests are propounded by Defendants to Plaintiff Harry L. McCall pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and are to be answered under oath within thirty (30) days.

#### A. INTERROGATORIES

As a party to this action, you must answer the following interrogatories in writing and under oath:

**Interrogatory 1.**   State your name, other names by which you have been known, age, residence, and social security number.



SCANNED

**Interrogatory 2.** State the circumstances and conditions surrounding your injuries on or about October 17, 2006.

**Interrogatory 3.**   State your specific allegations against each defendant.

**Interrogatory 4.**  When, where and by whom were you first treated for your injuries?

**Interrogatory 5.**  State the name and address of each doctor who has treated you for these injuries and the date of each treatment.

**Interrogatory 6.**  State the name and location of each hospital or doctor's office in which you were treated for these injuries and the dates of your treatment and/or confinement.

**Interrogatory 7.** Please list all medications you were prescribed for these injuries, stating for what condition each was prescribed and the name of each prescribing doctor.

**Interrogatory 8.** On what date were you fully recovered?

**Interrogatory 9.** If you claim you are not fully recovered, state the nature of the injuries, conditions and disability from which you are presently suffering.

**Interrogatory 10.** If you claim that any of these injuries and conditions or this disability are permanent, describe them and their degree of permanency.

**Interrogatory 11.** If you are presently under the care of any doctors for the treatment of any injuries or conditions which you claim arose from the alleged accident, state the names and addresses of such doctors.

**Interrogatory 12.** If you were suffering from any disease, disability or defect prior to and at the time of this accident, what was the nature of same?

**Interrogatory 13.** If you were under a doctor's care for any injuries prior to this accident, which were similar or related to those alleged in the complaint in any way, state the nature of these injuries, the date received, and the name and address of the treating doctor.

**Interrogatory 14.** Have you ever sustained personal injuries in any incident other than the one referred to in your complaint? If so, state: (a) The date and place of each such accident; (b) The nature of the injuries sustained in each; (c) The names and addresses of all hospitals and doctors from whom treatment was received; (d) The names and addresses of all persons, if any, against whom claims were made; (e) The name and location of each court or commission in which suit was brought or a claim made.

**Interrogatory 15.** State each item of expense which you claim to have incurred as a result of the alleged accident, and give the name and address of the person or firm to whom each such item was paid or is due.

**Interrogatory 16.** If you have received any money in full or partial settlement of your claims arising from this accident, state the amounts received, when received, and the name and address of the person or firm from whom received.

**Interrogatory 17.** If you were employed at the time of this accident, state: (a) The nature of your said employment; (b) The name and address of your employer; (c) Your weekly or monthly income and the length of time you had been receiving this rate of income; (d) How long you had been so employed.

**Interrogatory 18.** State the amount of earnings or income which you claim to have lost as a result of your alleged injuries, and how such loss is computed.

**Interrogatory 19.** State the name and address of each witness known to you having any knowledge concerning your alleged accident.

## B. REQUESTS FOR PRODUCTION OF RECORDS

As a party to this action, you must produce the following documents or allow Defendants to inspect and copy them:

**Request for Production 1.** An authorization signed by you, the plaintiff, enabling defendants to obtain copies of all hospital records pertaining to treatment for the injuries alleged in the complaint. A copy of a medical authorization form is attached.

**Request for Production 2.** Copies of all medical reports and records pertaining to examination and/or treatment of the injuries alleged in the complaint.

**Request for Production 3.** Copies of all medical bills incurred as a result of this accident.

**Request for Production 4.** Copies of income tax returns covering the two years before the date of the accident, and thereafter to the date hereof. (To be produced only if lost income or earnings are claimed.)

**Request for Production 5.** Copies of any documents or other evidence you intend to use at trial.

Respectfully submitted this 20th day of February 2008.

                                              _____
                                              Allison L. Highley (HIG024)
                                              Attorney for the Defendants

OF COUNSEL:
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile