IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HARRY L. McCALL**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2:07-CV-870-WKW-CSC** |
| ) | |
| **H.G. CROSTHWAIT**, et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR AN ORDER COMPELLING DISCOVERY
AND FOR EXTENSION OF TIME**

COME NOW Defendants Crosthwait, Bright and Baylor, pursuant to FRCP 37(a)(3)(B) and FRCP 6(b)(A), and respectfully move this Court to compel Plaintiff to answer Defendants' Interrogatories, and further to extend the time for filing dispositive motions in this case to allow Defendants adequate time to gather necessary information and documents. In support of this motion, Defendants state:

1.   A party seeking discovery may move for an order compelling a response if a party fails to answer an interrogatory submitted under Rule 33, FRCP 27(a)(3)(B)(iii), or fails to respond that inspection will be permitted as requested under Rule 34, FRCP 27(a)(3)(B)(iv). For purposes of Rule 27, an evasive or incomplete response must be treated as a failure to respond. FRCP 27(a)(4).

2.   Plaintiff has refused to answer Defendants' Interrogatories 7, 14, 15, 17 and 18. Most of Plaintiff's other responses are non-responsive and Defendants request that Plaintiff be ordered to answer all interrogatories where Plaintiff stated the interrogatory was irrelevant or directed the Defendants to the complaint for the answer.

3. Further, Plaintiff has not responded to Defendants' Requests for Production 1, 3, 4 and 5. Not receiving a response to Request 1, for a medical authorization form, has hindered and delayed Defendants' from receiving Plaintiff's medical records and bills.

4. Defendants have made several good faith attempts to confer with Plaintiff in an effort to obtain his answers without court action. See Affidavit of Allison H. Highley, attached hereto as Exhibit A and incorporated herein by reference.

5. Plaintiff's failure to respond to Defendants' discovery requests have hindered and delayed Defendants in their defense due to being denied key information and documents directly related to Plaintiff's claims. Defendants cannot adequately prepare for dispositive motions or trial without the requested information.

WHEREFORE, Defendants respectfully request an order compelling Plaintiff to respond to Defendants' discovery requests, and further that the deadline for dispositive motions be extended to permit adequate time to gather information and documents necessary to properly prepare a motion for summary judgment.

Respectfully submitted this 17th day of April 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Harry L. McCall, Post Office Box 251635, Montgomery, Alabama 36116.

/s/ Allison H. Highley
Allison H. Highley (HIG024)

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. McCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: **2:07-CV-870-WKW-CSC** |
| | ) |
| H.G. CROSTHWAIT, et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF ALLISON H. HIGHLEY

**STATE OF ALABAMA**            )

**COUNTY OF MONTGOMERY**   )

Allison H. Highley, being first duly sworn by me, deposes and says that:

1. I am an attorney at law duly admitted before this Court, and am attorney of record for the defendants in this matter. I have first-hand knowledge of the facts contained herein and am competent to testify thereto.

2. This affidavit is made in support of Defendants' FRCP 37 motion for an order compelling Plaintiff to respond to Defendants' First Set of Interrogatories and Requests for Production and for extension of the time for filing dispositive motions.

3. On February 20, 2008, I mailed Defendants' interrogatories and requests for production to Plaintiff. On February 25, 2008, Plaintiff filed a number of documents in response to the requests for production. (Doc. 20-2). Later, on March 18, 2008, Plaintiff filed his responses to the interrogatories (Doc. 21). Many of these responses were incomplete or non-responsive, and Plaintiff has refused to respond to Interrogatories 7, 14, 15, 17 and 18 as well as Requests for Production 1, 3, 4 and 5.

4. I have made several good faith attempts to confer with Plaintiff about his refusal to answer. After unsuccessful attempts to call, I mailed Plaintiff a letter, a copy of which is attached hereto, explaining that all interrogatories must be answered unless there is some good reason for not doing so. I asked Plaintiff to contact me immediately to say whether he intended to answer the Interrogatories, so that we could resolve the matter and proceed. To date, Plaintiff has not supplemented his responses, nor has he made any attempt to contact me.

I have read the above and foregoing affidavit consisting in total of two (2) pages and state that it is true and correct to my present knowledge and information.

**Further Affiant saith not.**

_____
Allison H. Highley, Affiant
Assistant City Attorney
City of Montgomery

SWORN to and SUBSCRIBED before me this the 17th day of April 2008.

_____
Notary Public
My commission expires __10/14/09__

2

## WALTER R. BYARS
CITY ATTORNEY
wbyars@montgomeryal.gov
tdavis@montgomeryal.gov

**KIMBERLY O. FEHL**
SENIOR STAFF ATTORNEY
kfehl@montgomeryal.gov

**C. MICHAEL McINNISH**
SENIOR STAFF ATTORNEY
mmcinnish@montgomeryal.gov

**WALLACE D. MILLS**
STAFF ATTORNEY
wmills@montgomeryal.gov

**ALLISON H. HIGHLEY**
ASSOCIATE ATTORNEY
ahighley@montgomeryal.gov

**MICHAEL D. BOYLE**
STAFF ATTORNEY
mboyle@montgomeryal.gov

March 29, 2008

Mr. Harry L. McCall
3325 Royal Creek Road
Montgomery, Alabama 36116

Re:   <u>Harry L. McCall v. H.G. Crosthwait, et al.</u>, 2:07-CV-870-WKW-CSC

Dear Mr. McCall,

I have reviewed your responses to our discovery requests and it appears you are refusing to answer interrogatories 7, 14, 15, 17 and 18. As a party to this action, you must answer these interrogatories unless you have legitimate objections to them. If you feel the objections you have made are legitimate and you will not answer these interrogatories, I will ask the Court for a hearing on the matter.

Please call me immediately at (334) 241-2050 to tell me whether or not you intend to answer these interrogatories so that we can proceed accordingly. Thank you.

Sincerely,

Allison H. Highley
Assistant City Attorney

:ahh