IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) |
| W. G. CROSSWAITE. *et al*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon consideration of the defendants's motion to compel (doc. # 22), it is

ORDERED that on or before May 1, 2008, the opposing party shall show cause why the motion should not be granted. Pending resolution of the motion to compel, the court will reserve ruling on the motion for extension of time.

The plaintiff is warned that if he fails to respond to this order, he will be subject to sanctions including the dismissal of his case for failure to prosecute the action.

Done this 17th day of April, 2008.

                                                /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE