# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

RECEIVED
2008 APR 25 P 4:29

| | |
|---|---|
| HARRY L. MCCALL<br>Plaintiff,<br>V.S.<br>W. G CROSSWAITE et al,<br>Defendants. | CIVIL ACT. NO.<br>2:07-CV-870-WKW |

## ANSWER OF ORDER TO COMPEL MOTION (doc. #22) AND MOTION TO STRIKE Jury.

Comes now, Harry L. McCall plaintiff, in response to Court order dated 17th day of April, 2008. First, and foremost plaintiff would

like to admonish the Court, to adhere to Canon (1-9). The counsel for the defense is making a strong caricature of the court. Their tactics are treacherous and ludicrous. I find their actions to be the epitome of legal corruption.

The plantiff, attorney have been totaly condign in its response of every segment of these proceedings. Defensive, counsel ask several questions in her interrogatories for discovery. Plaintiff answered every question, and the meaning of answer is a spoken or written reply, as to a question. The defense can not ask any question and customize the answer. If the document in question, is read by the court with clarity in the meaning of answer, then the court will find that plantiff is in compliance with rule 34, 33, and rule 27 of Alabama Rules of Court (Federal). Plaintiff still has the right to exercise his 5th Amendment right. Does the Constitution not apply to the Plaintiff?(Thurgood Marshall).

It is the defense that should be held in Contempt! In the hearing for discovery, Plaintiff made a verbal motion for the court record. To have the court subpena the video, duty roster, and the initial complaint file with Internal Affairs of the Montgomery City Police Department (including the audio record).

In order, for the plantiff to obtain suitable witness which, to include the inmate population during this occurance (assault with intent to murder). The counsel for the defense offered her testimony for Exhibit A., that is totally unacceptable by the plantiff!

Counsel for plaintiff will not accept any narrative opinion by the defense. That's extremely preposterous, and superficial so the plantiff, will not accept such surrogate information for tangible evidence. Considering rule #1002 of the Federal Rules of Evidence.

"Plaintiff move the court for an order allowing me to make an offer of proof."

By compelling the Defense to follow guidelines of the Order for discovery. It truely appear suspicious and appalling that the "defense would "cry wolf" while "throwing a rock and hiding their hand." Not only is that deceitful, but it is also hippocritical. The defense is making a shwed attempt to confound the court. The Bench has complete sovereignty over the entire court including both counsels. So, please! Honorable Judge Coody sustain this style cause in a vehement manner. The defense is filing Certificates of Service with the court, however, they are not sending the plantiff counsel any copys of the motions filed.

    My words are vociferated in order to bring veracity in front of the court. The defense is trying to constipate the court with fallacies.

Dated this 25 day of April 2008.

Harry L. McCall Esq.
Pro Se Litigant
P.O. Box 251635
Montgomery AL 36125
(334) 281-2319
(334) 676-9815

Harry L. McCall

Signed this 25th day of Apr. 2008
Francest D. Riley-Ol[?]

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, __Harry L McCall__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __pro se__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __25__ day of __April__ 20__08__ to:

_Office OF THE CLERK_
_UNITED STATES DISTRICT COURT_
_P.O. BOX 711_
_Montgomery, AL 36101-0711_

__25 April 2008__                __Harry L. McCall__
Date                             Signature

Signed this 28th day of April 2008.

_Francester D. Riley-QR_

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS