IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-870-WKW |
| ) | |
| W. G. CROSSWAITE. *et al*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the defendants' motion to compel discovery (doc. # 22), it is

ORDERED that this matter be and is hereby set for oral argument on June 3, 2008, at 2:00 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The plaintiff is specifically cautioned that if he fails to appear as required by this order, the court will treat his failure to appear as an abandonment of the claims set forth in the complaint and as a failure to prosecute this action and the undersigned will recommend that this case be dismissed for such failure.

Done this 13th day of May, 2008.

    /s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE