| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _illegible_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Odessie McCall  C. Date of Delivery: 5-7-08 |
| 1. Article Addressed to:<br><br>Harry L. McCall<br>3325 Royal Creek Road<br>Montgomery, AL 36116 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:07CV870<br>#25 order |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 2680 0003 1841 7589 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540