**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **HARRY L. McCALL**, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: **2:07-CV-870-WKW-CSC** |
| ) | |
| **H.G. CROSTHWAIT**, et al., ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL**
**AND MOTION FOR SUBSTITUTION OF COUNSEL**

COMES NOW the undersigned, Allison H. Highley, Associate Attorney for the City of Montgomery, and respectfully moves this Court for permission to withdraw from this case and for substitution of Kimberly O. Fehl, Senior Staff Attorney for the City of Montgomery, and as grounds therefore says:

1. The undersigned is relocating out of Alabama and must leave her employ with the City of Montgomery.

2. Neither party would be prejudiced by the substitution.

WHEREFORE, premises considered, the undersigned respectfully moves this Court for permission to withdraw from this case and for permission to substitute Kimberly O. Fehl as counsel for defendants.

Respectfully submitted this the 20th day of May 2008.

/s/ Allison H. Highley
Allison H. Highley (HIG024)
Withdrawing Attorney

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Substituting Attorney

**OF COUNSEL**
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, Alabama 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

**CERTIFICATE OF SERVICE**

I hereby certify that on May 20, 2008, the foregoing was served upon the following by electronically filing the same with the Clerk of Court which will cause e-mail notification to be sent to the following: Harry L. McCall, Post Office Box 251635, Montgomery, Alabama 36116.

/s/ Allison H. Highley
Allison H. Highley (HIG024)