IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-870-WKW |
| ) | |
| W. G. CROSSWAITE. *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Now pending before the court is the May 20, 2008, motion to withdraw and substitute (doc. # 27) filed by the defendants' counsel. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 27th day of May, 2008.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    UNITED STATES MAGISTRATE JUDGE