**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **HARRY L. McCALL**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: **2:07-cv-870-WKW-CSC** |
| | ) | |
| **H.G. CROSTHWAIT**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO EXTEND DEADLINES**
**OF SCHEDULING ORDER ENTERED DECEMBER 17, 2007**

COME NOW Defendants Crosthwait, Bright and Baylor, and respectfully renew their motion to extend time. In support of this motion, Defendants state:

1.      On December 17, 2007, the Court entered a scheduling order with a discovery deadline of March 17, 2008 and dispositive motion deadline of April 17, 2008. *(Doc. 17).*

2.      On April 17, 2008, Defendants filed a Motion to Compel Discovery and Motion for Extension of Time. *(Doc. 22).*

3.      On April 17, 2008, the Court ordered that Plaintiff show cause on or before May 1, 2008, why Defendants' motion to compel should not be granted and reserved ruling on Defendants' motion for extension of time pending resolution of the motion to compel. *(Doc. 23).*

4.      On June 3, 2008, the Court held oral arguments on Defendants' motion to compel and ordered that Plaintiff sign the authorization for release of medical information, as well as, supplement discovery responses within fourteen (14) days from date of the hearing.

5.    Additionally, Plaintiff represented to the Court during the hearing that he had discovery requests for Defendants.

WHEREFORE, Defendants respectfully request that the Court extend the discovery and dispositive motion deadlines from the scheduling order entered December 17, 2007.

Respectfully submitted this 4th day of June 2008.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for Defendants

OF COUNSEL:
City of Montgomery
Legal Department
Post Office Box 1111
Montgomery, AL 36101
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Harry L. McCall, 3325 Royal Creek Road, Montgomery, Alabama 36116.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)