UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

RECEIVED
2008 JUN -9  A 8: 40

| | |
|---|---|
| HARRY L. MCCALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: No. 2:07-CV-870-WKW |
| ) | |
| H.G. CROSTHWAIT, *et.al.*, ) | |
| ) | |
| *Dependant*, ) | |

## MOTION TO COMPEL DEFENDANTS TO PRODUCE CERTAIN ITEMS THAT ARE WITHIN THEIR POSSESSION TO ENABLE PROSECUTION OF ABOVE STYLE CIVIL ACTION

### MOTION #1

### MOTION TO PRODUCE CERTAIN ITEMS AND DOCUMENTS

**COME NOW** Pro Se' Plaintiff, Harry L. McCall and respectfully move the court to **implore** an **Order** upon defendants and defendants counsel to **propound** documents and HARDWARE in the form of : Internal Affairs audio of initial complaint, Video tape from City jail booking area, inmate census log, inmate booking log, housing cell log, employee duty roster that parallel the City Jail Video so requested.

### MOTION #2

### MOTION FOR ORDER TO APPEAR

**COMES HERE NOW**, PRO Se,' Plaintiff, **Harry L. McCall** and respectfully move the court to beseech defendants: Bobby Bright, Arthur Baylor, and H.G. Crosthwaite to be present at each court session throughout the entire trial.

Respectfully submitted this 9th day of June 2008.

*Harry L. McCall*
Harry L. McCall Esq.

**HARRY L. McCall Esq.**
**Pro Se LITIGANT**
3325 ROYAL CREEK ROAD
MONTGOMERY, AL 36116-3600
(334)281-2319
(334)676-9815

## CERTIFICATE OF SERVICE

I hereby certify that on June 9th, 2008, I sent a copy of the foregoing to the Defendants via U.S. Mail, first-class postage pre-paid to: Counsel for defendants **KIMBERLY O. FEHL POST OFFICE BOX 1111, Montgomery, Alabama 36101**

## VERFIED STATEMENT OF claim

Before me the under signed Notary Public, for The State of Alabama. Personally appeared Harry L. McCall, claimant, to the above style cause and upon doing being duly sworn by me this 9th day of June 2008 and states under Oath that these statements set forth above are propound by him, and Valid for Execution.

Witness My Hand and Official Seal :

_____
Notary Public

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS