UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: No. 2:07-CV-870-WKW |
| H.G. Crosthwait, et.al., | ) |
| *Defendants* | ) |

RECEIVED

2008 JUN -9 A 8: 40

## PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

The following discovery requests are propounded by Plaintiff to **Defendants:** Bobby Bright, Arthur Baylor, and H.G. Crosthwait **pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure and are to be answered under oath within fourteen (14) days.**

A. INTERROGATORIES

As a major party to this action, you must answer the following Interrogatories in writing and under oath:

**Interrogatory 1. State the name of each Defendant, other names by which they have been known, age, residence, and social security numbers, date of birth, drivers license number, Tax record for last five(5) years.**

Interrogatory **2. State the circumstances and conditions surrounding the arrest, booking, and** Transport of Plaintiff to and from hospital **on or about October 17, 2006.**

Interrogatory 3. **State reason each party should not be held responsible or liable for the injuries sustain by plaintiff while securely in custody of defendants and the CITY OF MONTGOMERY POLICE DEPARTMENT.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

Interrogatory 4. State extremely for the court record, the number of inmates or citizen that have been injured, or Died while in custody of the Montgomery City Police Department during the period of the last ten(10) years, and described the circumstances surrounding each ordeal.

Interrogatory 5. **State the number of complaints and incidents with injuries that have been propounded against Officer H.G. Crosthwait provide a copy of his yearly duty evaluation and mental evaluation.**

Interrogatory 6. **Plaintiffs' counsel insists that Medical records both physical and mental be propounded by each defendant party in this style-cause.**

## B. REQUEST FOR PRODUCTION OF RECORD

As a party involved in these preceding, you must produce the following documents or allow Plaintiff to inspect and copy them:

Request for Production 1. **An authorization on the City of Montgomery Letter Head signed by authorized person enabling Plaintiff counsel to obtain Medical records of each defendant in this style-cause.**

Request for Production 2. **Defendants' must propound the following documents and Hardware in the form of: Internal Affairs audio of initial complaint, Video tapes from City jail booking area, and all other photograph pertaining to this style-cause, also request is to include** Inmate log of booking housing cells, and the **Employee** duty roster to **PARALLEL the City jail surveillance video.**

## RESERVATION OF RIGHTS

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

Plaintiff reserve the right to amend complaint in order to counter - defend Defendants fallacious attempt to abandon their responsibility during assembly for Dispositive Facts.

Respectfully submitted this 9th day of June 2008.

*Harry L. McCall*
HARRY L. McCall Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I sent a copy of the foregoing to the Defendants' counsel via U.S. mail, first-class postage prepaid to: **KIMBERLY O. FEHL** POST OFFICE BOX 1111, MOTGOMERY, ALABAMA 36101

*Harry L. McCall*
Harry L. McCall Esq.

### VERIFIED STATEMENT OF CLAIM

Before me the under signed Notary Public, for The State of Alabama. Personally appeared Harry L. McCall, claimant, to the above style cause and upon doing being duly sworn by me this 9th day of June and states under **Oath that these statements set forth above are propound by him, and Valid for Execution.**

Witness My Hand and Official Seal:

*Francester D. Riley Robinson*
Notary Public

9 June 2008
Date

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

---

**MY Commission Expires:**

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS