IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY L. MCCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) | |
| W. G. CROSSWAITE. *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On June 9, 2008, the plaintiff filed a motion to compel, in which he requests that the defendants produce certain audio or video recordings of the incident, as well as inmate census logs, housing cell logs, and the employee duty roster which occurred on the same day and around the time as the incident. The plaintiff also requests that this court order Bobby Bright, Arthur Baylor, and H.G. Crosswaite to attend each court proceeding relevant to this case.

Upon consideration of the motion, it is

ORDERED as follows:

(1) The plaintiff's request that this court order Bobby Bright, Arthur Baylor, and H.G. Crosswaite to appear at all proceedings be and is hereby DENIED.

(2) On or before June 26, 2008, the defendants shall show cause why the plaintiff's motion to compel the production of certain recordings and documentation should not be granted.

Done this 11th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE