IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) |
| W. G. CROSSWAITE. *et al*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the defendants' motions for an extension of time to complete discovery and file any dispositive motions (Doc. Nos. 22 & 30), it is

ORDERED as follows:

1. The defendants' motions for an extension be and are hereby GRANTED.

2. The parties are granted an extension to complete all discovery as authorized by Rules 26-37, and 45, *Federal Rules of Civil Procedure,* on or before July 18, 2008. Notwithstanding any rule to the contrary, all requests for discovery and all responses to discovery requests, except copies of depositions, shall be filed with the court.

3. The parties are granted an extension to file any dispositive motions and any evidentiary materials in support of the motions on or before August 18, 2008.

Done this 11th day of June, 2008.

                                                      /s/Charles S. Coody
                                                    CHARLES S. COODY
                                                    UNITED STATES MAGISTRATE JUDGE