UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2008 JUN 16  A 9: 47

HARRY L. MCCALL

  *Plaintiff,*

Vs. )
)
H.G. CROSTHWAIT, *et. al.,* )   **Case No.: No.2:07-CV-870-WKW**
)
  *Defendant,* )
)
)
)
)

**AMENDMENT OF THE ANSWERS TO THE DEFENDANTS' FIRST SET OF**

**INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS**

   **COME NOW** Pro Se' Plaintiff, Harry L. McCall in **compliance** with the **Court** order to **Propound** these facts to the following interrogatories No. 7,14,15,17, and #18. **ORDERED** on June 9th 2008. In accordance with the instructions from the **Bench** and within the guidelines of **RULES** 26-37and45, **Federal Rules of Civil Procedure**, Plaintiff, concede respectfully, and gracefully.

**A. INTERROGATORIES**

As the Plaintiff in this style-cause I hereby provide these answer to the above referenced requests for propounding of said entities.

**Interrogatory** 7.  Please list all medications you were prescribed for these injuries, stating for what condition each was prescribed and the name of each prescribing doctor.

1. **Flexeril 10qhs**. Also known as **(cyclobenzaprine**-oral) this medication relaxes muscles. It is used along with rest and physical therapy to decrease muscle pain and spasms associated with strains, sprains or other muscle injuries. It was prescribed by Dr. Larry W. Epperson,M.D.

2. **ETODOLAC**-oral  This medicine is used to relieve pain from various conditions. It also reduces pain, swelling, and joint stiffness from arthritis. This medication is known as a nonsteroidal anti-inflammatory drug (NSAID). It was prescribed by Dr. Jean A. Darbouze Rx#7515224-**VAMC, Perry Hill Road Montgomery, Al** 36109.

3. **AMOXICILLIN- COMMON BRAND NAME(S): Amoxil,  Amoxicillin is a penicillin**-type antibiotic used to treat a wide variety of bacterial infections. It works by stopping the growth of bacteria. This antibiotic treats only bacterial infections. It will not work for viral infections (e.g., common cold, flu). Unnecessary use or overuse of any antibiotic can lead to its decreased effectiveness.  It was prescribed by Dr. Monjurul Islam.Rx#7662577-**VAMC, Perry Hill Road Montgomery, Al** 36109.

4. **HYDROCODONE/ACETAMINOPHEN**-oral , COMMON   BRAND NAME(S):( **Lorcet, Lortab, Norco, Vicodin**).This combination medication is used to relieve **moderate to severe pain**. Hydrocodone is a narcotic pain reliever (opiate-type) that acts on certain in the brain to give you pain relief. Acetaminophen is a non-narcotic pain reliever. It was prescribed by Dr. Gilberto Sanchez,M.D. Family Practice 4143 Atlanta Highway Montgomery, Al 36109.

5. **DIPHENHYDRAMINE-oral, COMMON BRAND NAME**(S): Benadryl, Genahist, Sominex, and Unisom. Diphenhydramine is an antistamine used to relieve symptoms of allergy, hay fever and the common cold. These symptoms include rash, itching, watery eyes, itchy eyes / nose /throat, cough runny nose and sneezing. It is also used to prevent and treat nausea, vomiting and dizziness caused by motion sickness. **Diphenhydramine** can also be used to help you relax and fall asleep. It was prescribed by Dr. Jean A. Darbouze, M.D. **VAMC – Perry Hill Road Montgomery, Al** 36109. Rx# 7515223

6. **SASALATE-oral, Rx #7600481**, Salsalate is used to relieve pain from various conditions. It also reduces pain, swelling, and joint stiffness from arthritis. This medication is known as a nonsteroidal anti-inflammatory drug (NSAID). It was prescribed by **Dr. Lance Sims, VAMC- Perry Hill Road Montgomery, Al 36109-3798**

7. **BUTALBITAL /ACETAMINOPHEN / CAFFEINE –oral Rx #:7662578.** This combination medication is used to treat **tension headaches. Acetaminophen** helps to decrease the pain from the headache. **Caffeine** helps increase the effects of **acetaminophen. Butalbital** is a sedative that helps to decrease anxiety and cause sleepiness and relaxation. This medication was prescribed by Dr. Monjurul Islam M.D. at **the VAMC- 215 Perry Hill Road Montgomery, Al 36109-3798.**

8. **METHYSALICYLATE /MENTHOL- Topical: This is used to treat minor aches and pains of the muscle / joints (e.g., arthritis, backache, sprains). Menthol and methyl salicylate are known as counterirritants. They work by causing the skin to feel cool and then warm. These feelings on the skin distract you from feeling the aches / pains deeper in your muscles, joints, and tendons. Rx # 7571503. This medication was prescribed by Dr. Burnestine P. Taylor –VAMC 215 Perry Hill Road Montgomery, Al 36109-3798.**

**Interrogatory** 14. Have you ever sustained personal injuries in any incident other than the one referred to in your complaint? If so, state; (a) The date and place of each such accident; (b) The nature of the injuries sustained in each; (c) The names and address of all hospital and doctors from whom treatment was received; (d) The names and addresses of all persons, if any, against whom claims were made; (e) The name and location of each court or commission in which suit was brought or a claim made.

1. **Yes, I received a frostbite injury to my hands, face, and feet, in January of 1996. In which I only am receiving 30% disability for my feet from the Veterans Administration due to racism by the doctors and " The Veterans Administration" system attitude to deny people of color the same benefits and care as Caucasian veterans. All doctors and the hospitals are list in interrogatory #7. They is no suit pending, However, I am still seeking increases in my benefits for injuries obtained.**

2. **On October 9th 2003 I was extracted and kidnapped from my bonafide place of resident by " The Montgomery County Sherriff Department" in which upon them doing ,so I obtain by them a broke foot, various cuts to my palms, wrist, and many shots to my kidneys and legs with a taser or stun-gun until one of my kidneys was not working for about a month. This was the result of the two arresting officer using excessive force after one of them tackle me from behind and broke my foot. Then I was transported to " Baptist Hospital" and held hostage there for one entire month in the Meadhaven, branch of "Baptist Hospital". I was not given proper health care there , this included not being place in a casket for my broken foot. I was then transferred to "Griel Hospital" were I was incarcerated for approximately three weeks before I was released. At "Baptist Medical Center" my physician was William C. Freeman, M.D. The Emergency Room Physician was James M. Bradwell, M.D. at "Medical Center South" 2105 E. South Blvd Montgomery, 36116**

Alabama. "Greil Memorial Psychiatric Hospital" is located at 2140 Upper Wetumpka Road Montgomery, Alabama. I received Orthopaedics &Sports Medical care at "Alabama Orthopaedics &Sports Medicine by Dr. Kenneth K. Taylor M.D. 242 Winton Blount Blvd. Montgomery, Alabama 36116. There were no claims made in this ordeal because I was force to take mind altering drugs and I could not get my medical records in time to file, However, I could not file suit against Probate Judge Reese McKinney, Jr. for wrongful confinement, nor wanton injuries by his officers because of the statue of limitations. If it was not for that I would have prosecuted them too.

**Interrogatory 15.** State each item of expense which you claim to have incurred as a result of the alleged accident, and give the name and address of the person or firm to whom each such item was paid or is due.

1. **Carmichael Imaging Center, LLC** 2257 Taylor Road, Suite 100 Montgomery, Alabama 36117. In the amount of $715.00.

2. **Neurology Consultants of Montgomery**, 2257 Taylor Road, suite 100 Montgomery, Alabama. In the amount of $939.00.

3. **Radiology Group, PA,** 2257 Taylor Road, Suite 100 Montgomery, Al 36117. In the amount of $70.00.

4. **Family Practice** 4143 Atlanta Highway Montgomery, Al 36109. In the amount of $500.00.

5. **Medicine in the amount of $500.00.**

6. **Future unknown projections of Physical Therapy and Chiropractice** cost from bills for treatment of **"Spinal Disc Failure." At STURBIDGE CHIROPRACTIC.**

With this in mind the **Plaintiff**, is demanding the maximum amount of negligence compensation in Liability in the amount of **$100,000.00. Pursuant to Alabama Code 1975, Section 11-47-190 Municipal Tort.**

**Interrogatory 17.** If you were employed at the time of this accident, state; (a) The nature of your said employment; (b) The name and address of your employer;(c) Your weekly or monthly income and the length of time you had been receiving this rate of income; (d) How long you had been so employed.

**1. I was employed as an Aircraft Painter (AMT- Aircraft Maintenance Technician) with several Contract Companies, the final one at the time of incident was AIS TECH SERVICES, INC. 2113 GREENBRIAR, SUITE E, SOUTHLAKE, TEXAS 76092. I was paid $800.00 a week which equals $3200,00 per month.**

2. (JSG) JOHNSON SERVICE GROUP, INC.6000 Lake Forrest Dr., N.W. Suite 280 Atlanta, GA 30328. I was paid **$800.00** a week or **$20.00 per hour@40 hours** a week. In total I have **twelve years** of service in this occupation. However, I have not work since I received these injuries on or about **October 17th 2006.**

**Interrogatory** 18. State the amount of earnings or income which you claim to have lost as a result of your alleged injuries, and how such loss is computed.

This is simple arithmetic, in order to get the right answer multiply $20.00@40hrs. which should equal $800.00, then multiply it by 4weeks = $3,200.00 then multiply it by12 months which should be $38,400.00 Plus 20hrs. a week overtime which equal 20*4 = 80, plus 80hrs.*12 months = 960 hrs.*2 =1920 hrs*$20.00 hr. =$38,400.00. Add the regular salary with the overtime salary and you will yield $76,800 for the two year period.

*Harry L. McCall*

1. HARRY L. McCALL  Esq.
2. **Pro Se' LITIGANT**
3. 3325 ROYAL CREEK ROAD
4. MONTGOMERY, AL 36116-3600
5. (334)281-2319
6. (334)676-9815

## CERTIFICATE OF SERVICE

I hereby certify that on June **16th**, 2008. I sent a copy of the foregoing to the Defendants' counsel via U.S. mail, first-class postage prepaid to : **KIMBERLY O. FEHL POST OFFICE BOX** 1111, MONTGOMERY, ALABAMA 36101

## VERIFIED STATEMENT OF CLAIM

Before me the under signed **Notary Public**, for **The State of Alabama**. Personally appeared **Harry L. McCall**, claimant, to the above style cause and upon doing being duly sworn by me this **16th** day of June 2008 and states under Oath that these statements set forth above are propound by him, and **Valid for Execution.**

Witness My Hand and Official Seal :

*June L McQueen - Phillips*
4-14-2009                                    *Harry L. McCall*

Notary Public