IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY L. MCCALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) | |
| W. G. CROSSWAITE. *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Now pending before the court is the June 9, 2008, motion to compel filed by the plaintiff. Upon consideration of the motion and the defendants' response, it is

ORDERED as follows:

(1)   The motion to compel be and is hereby DENIED. (Doc. No. 32.)

(2)   The plaintiff is granted leave to file a renewed motion to compel if the defendants' documents are not responsive to his requests.

Done this 27th day of June, 2008.

                                         /s/Charles S. Coody
                                     CHARLES S. COODY
                                     UNITED STATES MAGISTRATE JUDGE