UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

RECEIVED

2008 JUL -1 P 1:26

| | |
|---|---|
| HARRY L. MCCALL | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: No. 2:07-CV-870-WKW |
| H.G. Crosthwait, et.al., | ) |
| Defendants | ) |

**RENEWED MOTION TO COMPEL DEFENDANTS TO PRODUCE SPECIFIC AND TANGIBLE EVIDENCE WITHIN THEIR POSSESION, AND VOCIFERATED OBJECTION TO THE DENIAL OF ORIGINAL MOTION CONDUIT THROUGH PARRY!**

MOTION #1

**COMES HERE NOW, Pro Se' Plaintiff, Harry L. McCall** do hereby in pursuant with **COURT ORDER** dated June 27th,2008 (Doc.No.32.) I Counsel for plaintiff and respectfully move the COURT to beseech defendants to provide requested documents in accordance with RULE #34 of the FEDERAL RULES OF CIVIL PROCEDURE.

A. OBJECTION

RESPONSE TO OBJECTION OF DEFENDANTS OBJECTION TO SURPRESS TANGIBLE EVIDENCE: COUNSEL for plaintiff finds it totally PREPOSTEROUS that the defense would even attempt such a proposition to the court and it is equally wrong that it was accepted for justification. The plaintiff has great REVULSION considering the PRESTIGE that the FEDERAL JUDICIAL SYSTEM carry! We must go back and re-read LR.26(f) ,LR.81.1,andLR.83.1(a)(f)

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

also Rule3.8   FOR the Record Ladies and Gentlemen plaintiffs' Counsel

VEHEMENTLY   OBJECT!

## MOTION #2

COMES HERE AGAIN, Pro Se' Plaintiff, Harry L. McCall, in the utmost humble manner to MOVE the COURT to implore an ORDER under the guidelines of RULE# 72.4 (D) Of the FEDERAL RULES OF CIVIL PROCEDURE, and the fact that the DEFENDANTS counsel is PRODIGIOUS in JURIS PRUDENCE plaintiff request that Ample counsel be appointed PRO HAC VICE in order for plaintiff to receive DUE PROCESS in this style- cause.

## RESERVATION OF RIGHTS

Plaintiff reserve the right to amend complaint in order to counter - defend Defendants fallacious attempt to abandon their responsibility during assembly for Dispositive Facts.

Respectfully submitted this 1st day of July2008.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

*Harry L. McCall*
HARRY L. McCall Esq.

HARRY L. McCALL Esq.
Pro Se' LITIGANT
3325 ROYAL CREEK ROAD
MONTGOMERY, AL 36116-3600
(334)281-2319
(334)676-9815

### CERTIFICATE OF SERVICE

I hereby certify that on July1st,2008, I sent a copy of the foregoing to the Defendants' counsel via U.S. mail, first-class postage prepaid to: **KIMBERLY O. FEHL** POST OFFICE BOX 1111, MONTGOMERY, ALABAMA 36101

*Harry L. McCall*
Harry L. McCall Esq.

### VERIFIED STATEMENT OF CLAIM

Before me the under signed Notary Public, for The State of Alabama. Personally appeared Harry L. McCall, claimant, to the above style cause and upon doing being duly sworn by me this 1st day of July 2008 and states under **Oath that these statements set forth above are propound by him, and Valid for Execution.**

**Witness My Hand and Official Seal:**

*Anna L McQueen - Phillips*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

**Notary Public**

_____7-1-08_____
**Date**

_____4-14-2009_____
**MY Commission Expires:**

HARRY L. McCALL Esq.
Pro Se' LITIGANT
3325 ROYAL CREEK ROAD
MONTGOMERY, Al 36116-3600


KIMBERLY O. FEHL
Senior Staff Attorney
CITY ATTORNEY'S OFFICE
Post Office Box 1111
MONTGOMERY, Al 36101-1111


Re: McCall v. H.G. Crosthwait, et al., 2:07- cv-870-WKW-CSC

Dear Ms. Kimberly O. Fehl:


I come to you in sound mind with acute judgment. This is in response to our phone conversation on Friday, June 28th, 2008 concerning the reply from you in your attempt to insult my intelligence with the information that you supplied for answers to Plaintiff's list of interrogatories. Plaintiff answered nineteen question contained in your set of interrogatories,However, you showed very little good faith in answering the six interrogatories geared toward the defendants in this style-cause. You also fail to provide the required information for propoundment of Dispositive Facts. I truly admonish you to follow the rules governing these actions. This is plaintiff's second attempt to obtain proper documents from you and the Defendants involved in these precedings. Here are plantiff's request again for answers to INTERROGATORY: 1,2,3,4,5,and 6. You only attempted to answer #2 which was partially answered with altered documents, so I am requesting that you produce the original documents, or allow me to inspect them firsthand in accordance with RULE #34 of FEDERAL RULES OF CIVIL PROCEDURE, moreover, Plantiff want you to provide names, addresses, phone #, and any other feasible information for the Correctional Officers and inmates that were working the area of the incident on October 17th, 2006. I also want the names of the inmates with the same contact information that were housed in the cells across from the correctional officers control booth on October 17th, 2006. I am in awe of your blatant objection to the request for this information and the total disregard for the moral "Oath" of "CANNONS"(1thru 9). Yet, I want to felicitate you for being a good sport by not prolonging these actions and immediately surrender the Original documents. Thank you!                                                                                      Sincerely,

*Harry L. McCall*

Harry L. McCall Esq.
Pro Se' LITIGANT

3325 Royal Creek Road
(334)281-2319
(334)676-9815

June 2, 2008