IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) |
| W. G. CROSSWAITE. *et al*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

On July 1, 2008, the plaintiff filed a motion to compel, in which he asserts that the defendants failed to answer interrogatories in full, objects to this court's June 27, 2008 order, and requests the representation of counsel. (Doc. No. 39.)

Upon consideration of the plaintiff's motion, it is

ORDERED as follows:

(1) On or before July 17, 2008, the opposing party shall show cause why the motion to compel answers to the interrogatories should not be granted; and

(2) To the extent the plaintiff moves this court to appoint counsel on his behalf, his motion be and is hereby denied.

(3) To the extent the plaintiff objects to this court's June 27, 2008 order denying the plaintiff's prior motion to compel, his objection be and is hereby overruled.

Done this 3rd day of July, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE