**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **HARRY L. McCALL**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: **2:07-CV-870-WKW-CSC** |
| | ) |
| **H.G. CROSTHWAIT**, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS, BOBBY BRGHT, ARTHUR BAYLOR AND
H. G. CROSTHWAIT'S RESPONSE TO COURT'S
SHOW CAUSE ORDER**

Defendants Bobby Bright, Arthur Baylor and H. G. Crosthwait, by and through the undersigned attorney, in response to the Court's Order of July 3, 2008 *(Doc. 40)* to show cause why Plaintiff's Motion to Compel answers to the interrogatories should not be granted state the following:

1. On. July 3, 2008, Defendants responded to Plaintiff's First Set of Interrogatories and Request for Production of Documents with answers, responses and objections pursuant to Rules 33 and 34 of the *Federal Rules of Civil Procedure.*

2. Pursuant to the Court's Scheduling Order *(Doc. 17,)* Defendants' answers, responses and objections were also filed with the Court on July 3, 2008. *(Doc. 41).*

Respectfully submitted this 17th day of July, 2008.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)
Attorney for the Defendants

**OF COUNSEL:**
CITY OF MONTGOMERY
Legal Department
Post Office Box 1111
Montgomery, AL 36101-1111
(334) 241-2050 Telephone
(334) 241-2310 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I sent a copy of the foregoing to the Plaintiff via U.S. mail, first-class postage pre-paid to: Harry L. McCall, 3325 Royal Creek Road, Montgomery, AL 36116.

/s/ Kimberly O. Fehl
Kimberly O. Fehl (FEH001)