IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACT. NO. 2:07-CV-870-WKW |
| | ) |
| W. G. CROSSWAITE. *et al*, | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Now pending before the court is the July 1, 2008, motion to compel (doc. # 39) filed by the plaintiff. Upon consideration of the motion and the defendants' response, it is

ORDERED that the motion be and is hereby DENIED.

Done this 21st day of July, 2008.

                                                            /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  UNITED STATES MAGISTRATE JUDGE