UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

RECEIVED
2008 JUL 25 P 1: 51

HARRY L. MCCALL )
)
   Plaintiff, )
)
vs. ) Case No.: No. 2:07-CV-870-WKW
)
H.G. CROSTHWAIT, *et.al.*, )
)
   *Defendants,* )
)

## MOTION FOR OBJECTION TO COURT ORDER TO DENIE AND SUPPRESS TANGIBLE EVIDENCE AND MOTION FOR ORDER OF CONTEMPT

### MOTION #1

**COMES HERE NOW, Pro Se' Plaintiff, Harry L. McCall and respectfully move the COURT to PLACE into THE COURT BINDING RECORD Plaintiff Appallingly OBJECTION of ORDER to DENIE request of (doc.#39 and doc.#32 ) PLAINTIFF also move the COURT to implore a ORDER of CONTEMPT upon Defendant and defendants counsel for violation of ORDER to PRODUCE DOCUMENTS and ANSWER SPECIFICALLY ALL INTERROGATORIES Done by the Court on July 27th 2008. PLAINTIFF is not receiving DUE PROCESS in this case by the MAGISTRATE COURT. THE BENCH appear to be totally BIAS in favor of the DEFENDANTS and DEFENDANTS Counsel.**


SCANNED
for 7.24.04

<u>MOTION #2</u>

<u>MOTION FOR CHANGE OF VENUE OR TRANSCENDING OF JURISDICTION TO DISTRICT COURT JUDGE WATKINS</u>

<u>COMES HERE NOW, Pro Se' Plaintiff, Harry L. McCall humble and respectfully VENTURE APPREHENSIVELY TO MOVE THE COURT TO GRANT MIGRATION OF THIS STYLE-CAUSE TO THE DISTRICT COURT FOR JUDICARE AND JUDICATURE.</u>

Respectfully submitted this <u>25th</u> day of July 2008.

*Harry L. McCall*
Harry L. McCall Esq.

**HARRY L. McCall Esq.**
**Pro Se LITIGANT**
3325 ROYAL CREEK ROAD
MONTGOMERY, AL 36116-3600
(334)281-2319
(334)676-9815

**CERTIFICATE OF SERVICE**
I hereby certify that on July 25th 2008, I sent a copy of the foregoing to the Defendants via U.S. Mail, first-class postage pre-paid to: Counsel for defendants **KIMBERLY O. FEHL** POST OFFICE BOX 1111, Montgomery, Alabama 36101

## VERIFIED STATEMENT OF claim

Before me the under signed Notary Public, for The State of Alabama. Personally appeared Harry L. McCall, claimant, to the above style cause and upon doing being duly sworn by me this <u>25th</u> day of July 2008 and states under Oath that these statements set forth above are propound by him, and Valid for Execution.

Witness My Hand and Official Seal :

_[signature]_
Notary Public

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Harry L. McCall Esq.

_[signature: Harry J. McCall]_