IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HARRY L. MCCALL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-870-WKW |
| ) | |
| **H. G. CROSSWAITE,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Before the court is plaintiff's "Motion for Objection to Court Or der to Denie [sic] and Suppress Tangible Evidence and Motion for Order of Contempt" (Doc. # 44) filed on July 25, 2008. Plaintiff generally objects to the orders of the Magistrate Judge (Docs. #38 & # 43) and moves the court for an order of contempt against the defendants and their counsel, and asks the district court to take over the case. Upon due consideration of the record and the motions of plaintiff contained in this filing, plaintiff's motion (Doc. # 44) is DENIED.

DONE this 1st day of August, 2008.

                                                  /s/   W.  Keith Watkins
                                                  UNITED STATES DISTRICT JUDGE