**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NOTRHERN DIVISION**

| | |
|---|---|
| HARRY L. MCCALL | ) |
| Plaintiff, | ) |
| vs. | ) **Case No.: No. 2:07-CV-870-WKW** |
| | ) |
| H.G. CROSTHWAIT, *et.al.*, | ) |
| Defendants, | ) |
| | ) |

**MOTION TO REQUEST AN EXTENTION O F FILING STATUE**

   COMES  HERE NOW, Pro Se' Plaintiff, Harry L. McCall do hereby in pursuant with **COURT ORDER**  dated August 18th ,2008 ( Defendants motion for Summary Judgment). Move the **COURT** to grant a leave of 30- day grace period allowing the Plaintiff A more reasonable time frame to put forth a sufficient and ample responds to the matter at hand. This request is being made because Plaintiff is acting in the capacity of Attorney, and is also a full time student at South University(Montgomery campus) currently studying for Quarter finals Exams. Please! allow me time to respond adequately. I ask in a averse manner, However, if it pleases the Court it is my humble desire to ask at this crucial moment.

Respectfully  submitted  this 22th day of  August 2008.

*Harry L. McCall*

Harry L. McCall Esq.

**HARR L. McCall Esq.**
**Pro Se ' LITIGANT**
3325 ROYAL CREEK ROAD
MONTGOMERY, AL 36116-3600
(334)281-2319
(334)676-9815

## CERTIFICATE OF SERVICE

I hereby certify that on August 22th 2008, I sent a copy of the foregoing to the Defendants via U.S. Mail, first-class postage pre-paid to: Counsel for defendants **KIMBERLY O. FEHL POST** OFFICE BOX 1111, Montgomery , Alabama 36101

## VERIFIED STATEMENT OF claim

Before me the under signed Notary Public, for The State of Alabama. Personally appeared Harry L. McCall, claimant, to the above style cause and upon doing being duly sworn by me this 22th day of August 2008 and states under Oath that these statements set forth above are propound by him , and Valid for Execution.

Witness My Hand and Official Seal :

*Anna L McQueen - Phillips*
Notary Public

Harry L. McCall Esq.

*Harry L. McCall*