IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:07-CV-870-WKW |
| ) | |
| W. G. CROSSWAITE. *et al*, ) | |
| ) | |
| Defendants. ) | |

ORDER

Now pending before the court is the August 22, 2008, motion for extension of time (doc. # 49) filed by the plaintiff. Upon consideration of the motion and for the following reasons, it is

ORDERED that the motion be and is hereby GRANTED and the time for responding to the defendants' motion for summary judgment be and is hereby continued from September 3, 2008 to October 1, 2008.

Done this 25th day of August, 2008.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  UNITED STATES MAGISTRATE JUDGE