IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HARRY L. McCALL,

    Plaintiff,

v.

    Civil Action No. 2:07-CV-870-WKW

W. G. CROSSWAITE,

    Defendants.

PLAINTIFF'S MOTION TO STRIKE

Comes now Plaintiff, Harry L. McCall and moves this Court to strike, defendants Motion for Summary Judgment and as grounds therefore states the follows:

1. This Court entered an order in which all parties to this action was required to filed any Motion for Summary Judgment on or before April 17, 2008.

2. Defendants filed their Motion for Summary Judgment on August 18, 2008 which is more than four months after the deadline for filing said motion.

3. Plaintiff is not in receipt of any Motion for Extension of Time for the filing of the Motion for Summary Judgment by defendant.

Based on the above plaintiff avers that the Motion for Summary Judgment should be struck, however, if this Court denies this Motion, Plaintiff avers that the deadline of October 1 for his filing of a response to the said Motion remains in effect.

                                          HARRY L. McCALL, Pro se
                                          3325 Royal Creek Road
                                          Montgomery. Alabama 36116
                                          (334) 281-2319

## CERTIFICATE OF SERVICE

    I Harry L. McCall hereby certify that on this the 29th day of August 2008, a true and correct copy of the foregoing Motion with first class postage prepaid, has been deposited in the U.S. Mail and properly addressed to the persons whose names and addresses are listed below:

Kimberly Fehl
Attorney for the Defendants
POST OFFICE BOX 1111
MONTGOMERY, AL 36101-1111

Signed this 29th day of Aug. 2008.

_____
HARRY L. McCALL, Pro se

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS