UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTRHERN DIVISION

| | |
|---|---|
| HARRY L. MCCALL | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: No. 2:07-CV-870-WKW |
| H.G. CROSTHWAIT, et.al., | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW HARRY L. McCALL, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and mangers, trustees(but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

X  This party is an individual, or

This party is a governmental entity, or

X There are no entities to be reported, or

The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                                    **Relationship to Party**

29 Aug 08                                               Harry L. McCall

HARRY L. McCALL, Pro' Se

3325 Royal Creek Road

Montgomery, Alabama

36116

**Date**

Respectfully submitted this <u>29th</u> day of August 2008.

*Harry L McCall*
Harry L. McCall Esq.

**HARR L. McCall Esq.**
**Pro Se' LITIGANT**
3325 ROYAL CREEK ROAD
MONTGOMERY, AL 36116-3600
(334)281-2319
(334)676-9815

### CERTIFICATE OF SERVICE

I hereby certify that on August 29th 2008, I sent a copy of the foregoing to the Defendants via U.S. Mail, first-class postage pre-paid to: Counsel for defendants **KIMBERLY O. FEHL POST OFFICE BOX 1111, Montgomery, Alabama 36101**

Before me the under signed Notary Public, for The State of Alabama. Personally appeared Harry L. McCall, claimant, to the above style cause and upon doing being duly sworn by me this 29th day of August 2008 and states under Oath that these statements set forth above are propound by him, and Valid for Execution.

Witness My Hand and Official Seal :

_____
Notary Public

FRANCESTER D. RILEY ROBINSON
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: FEB 23, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS

Harry L. McCall Esq.

*Harry L. McCall*