IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HARRY L. MCCALL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO.  2:07-CV-870-WKW |
| | ) | |
| W. G. CROSSWAITE. *et al*, | ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

Now pending before the court is the September 29, 2008, motion to strike the defendants' motion for summary judgment (doc. # 51) filed by the plaintiff. Upon consideration of the motion, it is

ORDERED that the motion be and is hereby DENIED. The motion is timely filed. On June 11, 2008, the court entered an order extending the deadline for filing dispositive motions to August 18, 2008. (doc. # 35)

Done this 2nd day of September, 2008.

                                                         /s/Charles S. Coody
                                          CHARLES S. COODY
                                          UNITED STATES MAGISTRATE JUDGE